| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| FARUQI & FARUQI, LLP <br> Benjamin Heikali SBN 307466 <br> 10866 Wilshire Boulevard, Suite 1470 <br> Los Angeles, CA 90024 <br> Telephone: (424) 256-2884 <br> Facsimile: (424) 256-2885 <br> Email: bheikali@faruqilaw.com | |
| ATTORNEY(S) FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Ethan Young and Greg Young, Derivatively on Behalf of Nominal Defendant, DPW Holdings, Inc <br> Plaintiff(s), <br> v. <br> Milton C. Ault, III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault, and DPW Holdings, Inc., Nominal Defendant <br> Defendant(s) | CASE NUMBER: <br> 2:18-cv-6587 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiffs Ethan Young and Greg Young
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ethan Young | Plaintiff |
| Greg Young | Plaintiff |
| Milton C. Ault, III | Defendant |
| Amos Kohn | Defendant |
| William B. Horne | Defendant |
| Jeff Bentz | Defendant |
| Mordechai Rosenberg | Defendant |
| Robert O. Smith | Defendant |
| Kristine Ault | Defendant |
| DPW Holdings, Inc. | Nominal Defendant |

| July 31, 2018 | /s/Benjamin Heikali |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Ethan Young and Greg Young