

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Stuart Jay Guber, Esq.*

**DATE OF ADMISSION**

*December 13, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 2, 2018

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk