FARUQI & FARUQI, LLP
Benjamin Heikali SBN 307466
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ethan Young and Greg Young, Derivatively and on Behalf of Nominal Defendant, DPW Holdings, Inc.<br><br>Plaintiff(s)<br>v.<br><br>Milton C. Ault, III, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:18-cv-06587<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Guber, Stuart J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

215-277-5770                215-277-5771
*Telephone Number*          *Fax Number*

sguber@faruqilaw.com
*E-Mail Address*

Faruqi & Faruqi, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Ethan Young
Greg Young

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Heikali, Benjamin
*Designee's Name (Last Name, First Name & Middle Initial)*

307466          (424) 256-2884          (424) 256-2885
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

bheikali@faruqilaw.com
*E-Mail Address*

Faruqi & Faruqi, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge