

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Alex Barris Heller, Esq.

**DATE OF ADMISSION**

*November 17, 2015*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  August 2, 2018**

_Patricia Johnson_

Patricia A. Johnson
Chief Clerk