Benjamin Heikali (SBN 307466)
Email: bheikali@faruqilaw.com
FARUQI & FARUQI, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

*Attorneys for Plaintiffs Ethan Young and Greg Young*

Robert Volynsky, Esq. (SBN 310600)
Email: rvolynsky@srfkllp.com
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725

*Attorneys for Milton C. Ault III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MILTON C. AULT III, AMOS KOHN WILLIAM B. HORNE, JEFF BENTZ, MORDECHAI ROSENBERG, ROBERT O. SMITH, and KRISTINE AULT <br><br> Defendants, <br><br> and <br><br> DPW HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 2:18-cv-6587 <br><br><br> **STIPULATION** |

- 1 -

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties hereto, as follows:

1. Sichenzia Ross Ference LLP hereby accepts service of process of the Verified Shareholder Derivative Complaint (the "Complaint") on behalf of Defendants Milton C. Ault, III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault (collectively, the "Individual Defendants").

2. The Individual Defendants' time to answer or otherwise respond to the Complaint shall be Monday, December 3, 2018.

3. This Stipulation may be executed in counterparts and electronic or facsimile signatures shall be effective as originals.

Dated: September 17, 2018

*[signature]*

Benjamin Heikali (SBN 307466)
Email: bheikali@faruqilaw.com
FARUQI & FARUQI, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

*Attorneys for Plaintiffs*

*[signature]*

Robert Volynsky, Esq. (SBN 310600)
Email: rvolynsky@srfkllp.com
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725

*Attorneys for Defendants Milton C. Ault, III,
Amos Kohn, William B. Horne, Jeff Bentz,
Mordechai Rosenberg, Robert O. Smith, and Kristine Ault*