FARUQI & FARUQI, LLP
Benjamin Heikali SBN 307466
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ethan Young and Greg Young, Derivatively and on Behalf of Nominal Defendant, DPW Holdings, Inc.<br><br>Plaintiff(s)<br>v.<br><br>Milton C. Ault, III, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:18-cv-06587 -GJS<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Heller, Alex B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

215-277-5770    215-277-5771
*Telephone Number*    *Fax Number*

aheller@faruqilaw.com
*E-Mail Address*

of Faruqi & Faruqi, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Ethan Young
Greg Young
*Name(s) of Party(ies) Represented*

[x] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel

Heikali, Benjamin
*Designee's Name (Last Name, First Name & Middle Initial)*

307466    (424) 256-2884    (424) 256-2885
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

bheikali@faruqilaw.com
*E-Mail Address*

of Faruqi & Faruqi, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[x] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: _____
      [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
      [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: [ ] be refunded  [ ] not be refunded.

Dated   10/23/2018

*Gail J. Standish, U.S. Magistrate Judge*

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1