FARUQI & FARUQI, LLP
Benjamin Heikali SBN 307466
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ethan Young and Greg Young, Derivatively and on Behalf of Nominal Defendant, DPW Holdings, Inc.

Plaintiff(s)

v.

Milton C. Ault, III, et al.

Defendant(s).

CASE NUMBER

2:18-cv-06587-GJS

(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Guber, Stuart J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

215-277-5770
*Telephone Number*

215-277-5771
*Fax Number*

sguber@faruqilaw.com
*E-Mail Address*

of

Faruqi & Faruqi, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Ethan Young
Greg Young

*Name(s) of Party(ies) Represented*  [x] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

and designating as Local Counsel

Heikali, Benjamin
*Designee's Name (Last Name, First Name & Middle Initial)*

307466
*Designee's Cal. Bar No.*

(424) 256-2884
*Telephone Number*

(424) 256-2885
*Fax Number*

bheikali@faruqilaw.com
*E-Mail Address*

of

Faruqi & Faruqi, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[x] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
            [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            [ ] for failure to complete Application: _____
            [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
            [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated   10/23/2018

Gail J. Standish, U.S. Magistrate Judge