# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG, et al.,<br><br>                              Plaintiff(s),<br><br>v.<br><br>MILTON C. AULT, III, et al.,<br><br>                              Defendant(s) | CASE NUMBER:<br><br>CV 18-6587-GJS<br><br>**NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE**<br><br>**(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)** |

TO ALL COUNSEL/PARTIES APPEARING OF RECORD:

[✓] Party(ies) has/have not submitted their statement of consent form to proceed before a U.S. Magistrate Judge within the time required by the Local Rules.

[ ] Party declined to consent to the exercise of jurisdiction by the Magistrate Judge.

[ ] A Motion or Application requiring immediate attention has been filed prior to the parties' consent to the exercise of jurisdiction by the Magistrate Judge.

[ ] Other: _____

Pursuant to General Order 12-02 and for the reason stated above, this case is hereby randomly reassigned to the Honorable __**S. James Otero**__, United States District Judge, for all further proceedings.

Any discovery matters that may be referred to a Magistrate Judge are hereby randomly assigned to the Honorable __**Paul L. Abrams**__, United States Magistrate Judge.

On all documents subsequently filed in this case, please substitute the initials __**SJO(PLAx)**__ after the case number in place of the initials of the prior judge, so that the case number will read __**2:18-cv-06587 SJO(PLAx)**__. All subsequently filed documents must reflect the new initials because documents are routed to the assigned judges by means of these initials.

Clerk, U. S. District Court

Date: 11/06/2018

By: Robert R. Nadres

cc: [ ] *Previous Magistrate Judge*

CV-87 (04/14)