AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Ethan Young and Greg Young, Derivatively on Behalf of Nominal Defendant, DPW Holdings, Inc. <br><br> _Plaintiff(s)_ <br><br> v. <br><br> Milton C. Ault, III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault, and DPW Holdings, Inc., Nominal Defendant <br><br> _Defendant(s)_ | Civil Action No.  2:18-cv-6587  -GJS |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_  Milton C. Ault, III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault, and DPW Holdings, Inc., Nominal Defendant
201 Shipyard Way, Suite E
Newport Beach, CA 92663

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Benjamin Heikali
Faruqi & Faruqi, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  August 1, 2018

_Signature of Clerk or Deputy Clerk_

Civil Action No. **2:18-cv-06587-GJS**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*          **DPW Holdings, Inc.**
**was received by me on  September 6, 2018**

☐  I personally served the Summons & Complaint, Noitcie of electronic filing on the individual at  818 W 7th St Ste 930 , Los Angeles, CA 90017-3476 on   September 7, 2018 8:10 AM

☐  I left the Summons & Complaint, Noitcie of electronic filing at the individual's residence or usual place of abode with    ,a person of suitable age and discretion who resides there, on *(date)*    , and mailed a copy to the individual's last known address; or

☑  I served the Summons & Complaint, Noitcie of electronic filing to  **CT Corporation System - Albert Diamonte** , who is designated by law to accept service of process on behalf of  **DPW Holdings, Inc.**  on  **September 7, 2018 8:10 AM**

☐  I returned the Summons & Complaint, Noitcie of electronic filing unexecuted because;

☐  other *(specify):*

*My fees are $ .00 for travel and $ 125.00 for services, for a total of $ 125.00*

*I declare under penalty of perjury that this information is true.*

Date:9/7/2018                                                                 *Mark Shurlock*
                                                                                  *Server's signature*


                                                                                  **MARK SHURLOCK**
                                                                                  *Printed name and title*

                                                                                  **Contracted by**
                                                                                  **1610 Beverly Boulevard, 2**
                                                                                  **Los Angeles, CA 90026**
                                                                                  **(213) 201-5856**
                                                                                  *Server's Address*

A0440-PLA21179