# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>MILTON C. AULT, III, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:18–cv–06587–SJO–PLA<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   11/20/2018

Document Number(s):   18

Title of Document(s):   Service of Summons and Complaint Returned Executed (21 days)

**ERROR(S) WITH DOCUMENT:**

Case number is incorrect or missing.

Filer efiled document with prior active electronic headers intact, thus making current electronic headers illegible.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: November 21, 2018         By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS