AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| Ethan Young | ) |
| *Plaintiff* | ) |
| v. | ) |
| Milton Ault III, et al | ) |
| *Defendant* | ) |

Case No.   2:18-cv-6587

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Milton Ault III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert Smith, Kristine Ault   .

Date:     11/18/2018

/s/ Arash Shirdel, Esq.
*Attorney's signature*

Arash Shirdel, Esq. (247754)
*Printed name and bar number*

Pacific Premier Law Group
200 E. Sandpointe Ave, Ste 500
Santa Ana, CA 92707
*Address*

ashirdel@pacificpremierlaw.com
*E-mail address*

(949) 629-3690
*Telephone number*

(949) 313-0995
*FAX number*

**PROOF OF SERVICE**

Hoskins v. BBVA Compass, *et al.*

5:18-cv-01131-DMG-PJW

I, the under signed, certify and declare that I am over the age of 18 years, employed at the firm addressed above and I am not a party to the above entitled action.

On November 23, 2018, I served a true copy of the following documents: **NOTICE OF APPEARANCE**

[ ]     By personally delivering it to the person(s) indicated below in the manner as provided by *Fed. R. Civ. Proc.* 5(B);

[ ]     By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

[X]     by ECF: On this date, I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all parties appearing on the docket sheet:

Benjamin Heikali
Faruqi & Faruqi, LLP
10866 Wilshire Blvd, Ste 1470
Los Angeles, CA 90024

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under penalty of perjury of the laws of the United States that the foregoing is true and correct.

/s/Golnaz Shirdel, Esq.
Golnaz Shirdel, Esq.

PLEADING TITLE - 1