| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Arash Shirdel, Esq. (247754) |
| Pacific Premier Law Group |
| 200 E. Sandpointe Ave, Ste 500 |
| Santa Ana, CA 92707 |
| 949-629-3690 |
| 949-313-0995 |

ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ethan Young | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:18-cv-6587 |
| v. | |
| Milton Ault III, et al | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     All Defendants
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Milton Ault, III | All defendants, except Kristin Ault are Director of Digital Power Corporation |
| Amos Kohn | |
| William B. Horne | |
| Jeff Bentz | Kristine Ault is the former director of Digital Power Corporation. |
| Mordechal Rosenberg | |
| Robert Smith | |
| Kristine Ault | |

11.21.18                         /s/ Arash Shirdel, Esq.
Date                              Signature

Attorney of record for (or name of party appearing in pro per):

All Defendants

# PROOF OF SERVICE

Hoskins v. BBVA Compass, *et al.*

5:18-cv-01131-DMG-PJW

I, the under signed, certify and declare that I am over the age of 18 years, employed at the firm addressed above and I am not a party to the above entitled action.

On November 23, 2018, I served a true copy of the following documents:

**CERTIFICATE OF INTERESTED PARTIES**

[ ] By personally delivering it to the person(s) indicated below in the manner as provided by *Fed. R. Civ. Proc.* 5(B);

[ ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

[X] by ECF: On this date, I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all parties appearing on the docket sheet:

Benjamin Heikali
Faruqi & Faruqi, LLP
10866 Wilshire Blvd, Ste 1470
Los Angeles, CA 90024

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under penalty of perjury of the laws of the United States that the foregoing is true and correct.

/s/Golnaz Shirdel, Esq.
Golnaz Shirdel, Esq.

PLEADING TITLE - 1