Robert B. Volynsky, Esq. (SBN 310600)
Email: rvolynsky@srf.law
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725

*Attorneys for Milton C. Ault III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MILTON C. AULT III, AMOS KOHN WILLIAM B. HORNE, JEFF BENTZ, MORDECHAI ROSENBERG, ROBERT O. SMITH, and KRISTINE AULT, <br><br> Defendants, <br><br> and <br><br> DPW HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 2:18-cv-6587 (SJO) <br><br> **NOTICE OF APPEARANCE** <br><br> Judge: Hon. S. James Otero |

TO: The Clerk of Court and all Parties of Record:

PLEASE TAKE NOTICE, that Robert B. Volynsky, Esq., of Sichenzia Ross Ference LLP, hereby appears as co-counsel of record for Defendants Milton C. Ault III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault in the above-captioned matter.  It is respectfully submitted that all future papers and notices of electronic filing with respect to this action be forwarded to the undersigned

Dated: November 26, 2018

                                        Respectfully submitted,

                                        SICHENZIA ROSS FERENCE LLP

                                        By:    /s/ *Robert B. Volynsky*
                                        ROBERT B. VOLYNSKY (SBN 310600)
                                        Attorneys for Defendants Milton Ault, Amos Kohn, William Horne, Jeff Bentz, Mordechai Rosenberg, Robert Smith and Kristine Ault