Robert B. Volynsky, Esq. (SBN 310600)
Email: rvolynsky@srf.law
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725

*Attorneys for Milton C. Ault III, Amos Kohn,
William B. Horne, Jeff Bentz, Mordechai
Rosenberg, Robert O. Smith, and Kristine Ault*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MILTON C. AULT III, AMOS KOHN WILLIAM B. HORNE, JEFF BENTZ, MORDECHAI ROSENBERG, ROBERT O. SMITH, and KRISTINE AULT, <br><br> Defendants, <br><br> and <br><br> DPW HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 2:18-cv-6587 (SJO) <br><br> **AMENDED NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1** <br><br> Judge: Hon. S. James Otero |

Defendants Milton C. Ault, III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault (collectively "Defendants"), submits this Amended Notice of Interested Parties pursuant to Local Rule 7.1-1. The undersigned counsel of record for Defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. National Union Fire Insurance Company of Pittsburgh, Pa.

Dated: November 26, 2018

SICHENZIA ROSS FERENCE LLP

By: /s/ *Robert B. Volynsky*
ROBERT B. VOLYNSKY (SBN 310600)
Attorneys for Defendants Milton Ault, Amos Kohn, William Horne, Jeff Bentz, Mordechai Rosenberg, Robert Smith and Kristine Ault