Robert Volynsky, Esq. (SBN 310600)
Email: rvolynsky@srf.law
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725

Arash Shirdel, Esq. (SBN 247754)
Email: ashirdel@pacificpremierlaw.com
Pacific Premier Law Group
200 Sandpointe Avenue, Suite 500
Santa Ana, California 92707
Telephone: (949) 629-3690
Facsimile: (949) 313-0995

*Attorneys for Milton C. Ault III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MILTON C. AULT III, AMOS KOHN WILLIAM B. HORNE, JEFF BENTZ, MORDECHAI ROSENBERG, ROBERT O. SMITH, and KRISTINE AULT, <br><br> Defendants, <br><br> and <br><br> DPW HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 2:18-cv-6587 (SJO) (PLA) <br><br> **DECLARATION OF ROBERT VOLYNSKY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** <br><br> Judge: Hon. S. James Otero <br><br> Date: **February 4, 2019** <br> Time: **10:00 a.m.** <br> Courtroom: **350 West 1st Street** <br> **Courtroom 10C** <br> **Los Angeles, CA 90012** <br><br> **[Motion to Dismiss and Request for Judicial Notice Concurrently Filed]** |

I, Robert Volynsky, declare as follows:

1. I am an attorney at law admitted to practice before the Courts of the State of New York, New Jersey and California, and I am an attorney at Sichenzia Ross Ference LLP, attorneys for Defendants Milton C. Ault, III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault (the "Defendants"). I make this declaration in support of Defendants' Notice of Motion and Motion to Dismiss the Verified Shareholder Derivative Complaint (the "Complaint") filed on behalf of nominal defendant DPW Holdings, Inc. f/k/a Digital Power Corporation ("DPW"). I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

2. Pursuant to Local Rule 7-3, this motion is made following the conference of counsel that took place on Tuesday, November 20, 2018. Specifically, pursuant to Rule 23(a) of Judge Otero's Standing Order for Civil Cases, my colleagues and I met with Plaintiffs' Counsel Stuart J. Guber, Esq. and his colleague to thoroughly discuss the substance of Defendants' contemplated Motion to Dismiss (the "Motion") and any potential resolutions thereof without the need to file the Motion. The in-person meeting occurred on Tuesday, November 20, 2018 at my office. We discussed the contemplated grounds to be set forth in the Motion concerning the claims that Defendants seek dismissal and we discussed the Complaint's demand futility allegations. Plaintiffs' Counsel considered and discussed our points raised; however, we did not reach any resolutions that would avoid the filing of the Motion at the November 20th Conference. After our meet and confer meeting, and as a result thereof, Plaintiffs informed Defendants that they were withdrawing their claim for Gross Mismanagement set forth as Count III.

3. Attached as Exhibit A is a true and correct copy of DPW's Certificate of Incorporation filed with the Secretary of State of the State of Delaware.

4. Attached as Exhibit B is a true and correct copy of DPW's Amended and Restated Articles of Incorporation, and subsequent amendments thereto, filed with the Secretary of State of the State of California.

5. Attached as Exhibit C is a true and correct copy of the relevant pages from DPW's Form 8-K filed on November 14, 2017 with the U.S. Securities and Exchange Commission ("SEC") and obtained from the SEC's website at https://www.sec.gov, which is referenced in the Complaint at paragraphs 11, 181, 184, 197.

6. Attached as Exhibit D is a true and correct copy of the relevant pages from DPW's Form 10-K filed on April 17, 2018 with the SEC and obtained from the SEC's website at https://www.sec.gov, which is referenced in the Complaint at paragraphs 6, 54, 82, 86, 105, 108, 110, 125, 129, 150-153, 158, 159, 191, 306.

7. Attached as Exhibit E is a true and correct copy of the relevant pages from DPW's Form 10-Q filed on August 21, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov, which is referenced in the Complaint at paragraphs 3, 12, 194.

8. Attached as Exhibit F is a true and correct copy of the relevant pages from DPW's Form 10-Q/A filed on November 14, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov, which is referenced in the Complaint at paragraphs 188, 190.

9. Attached as Exhibit G is a true and correct copy of the relevant pages from DPW's Form 10-K filed on April 10, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov.

10. Attached as Exhibit H is a true and correct copy of the relevant pages from DPW's Form 8-K filed on December 8, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov, which is referenced in the Complaint at paragraph 207.

11. Attached as Exhibit I is a true and correct copy of the relevant pages from DPW's Form 8-K/A filed on December 15, 2017 with the SEC and obtained from the

SEC's website at https://www.sec.gov, which is referenced in the Complaint at paragraph 207.

12. Attached as Exhibit J is a true and correct copy of the relevant pages from DPW's Form 8-K filed on December 8, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov, which is referenced in the Complaint at paragraph 207.

13. Attached as Exhibit K is a true and correct copy of the relevant pages from DPW's Form 8-K filed on December 8, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov, which is referenced in the Complaint at paragraph 207.

14. Attached as Exhibit L is a true and correct copy of the relevant pages from DPW's Form 8-K filed on December 8, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov, which is referenced in the Complaint at paragraph 207.

15. Attached as Exhibit M is a true and correct copy of the relevant pages from DPW's Form 8-K filed on January 24, 2018 with the SEC and obtained from the SEC's website at https://www.sec.gov, which is referenced in the Complaint at paragraph 207.

16. Attached as Exhibit N is a true and correct copy of the relevant pages from DPW's Form 8-K/A filed on December 15, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov, which is referenced in the Complaint at paragraph 207.

17. Attached as Exhibit O is a true and correct copy of the relevant pages from DPW's Form 8-K/A filed on December 15, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov, which is referenced in the Complaint at paragraph 207.

18. Attached as Exhibit P is a true and correct copy of the relevant pages from DPW's Form 8-K/A filed on December 15, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov, which is referenced in the Complaint at paragraph 207.

19. Attached as Exhibit Q is a true and correct copy of the relevant pages from DPW's Form 8-K/A filed on February 12, 2018 with the SEC and obtained from the

SEC's website at https://www.sec.gov, which is referenced in the Complaint at paragraph 207.

20.     Attached as Exhibit R is a true and correct copy of the relevant pages from DPW's Form 10-Q filed on August 15, 2016 with the SEC and obtained from the SEC's website at https://www.sec.gov.

21.     Attached as Exhibit S is a true and correct copy of the relevant pages from DPW's Form 8-K filed on March 9, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov.

22.     Attached as Exhibit T is a true and correct copy of the relevant pages of DPW's historical price data published by NASDAQ and obtained from NASDAQ's website at https://www.nasdaq.com.

23.     Attached as Exhibit U is a true and correct copy of the relevant pages from DPW's Form 8-K filed on June 5, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov.

24.     Attached as Exhibit V is a true and correct copy of the relevant pages from DPW's Form 8-K filed on June 5, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov.

25.     Attached as Exhibit W is a true and correct copy of the relevant pages from DPW's Form 8-K filed on December 4, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov.

26.     Attached as Exhibit X is a true and correct copy of the relevant pages from DPW's Form 8-K filed on December 4, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov.

27.     Attached as Exhibit Y is a true and correct copy of DPW's Audit Committee Charter obtained from its website at https://dpwholdings.com.  Although paragraph 64 of the Complaint quotes excerpts of the Audit Committee Charter, it did not set forth the entire Charter.  The Form 10-K cited throughout the Complaint states that DPW's Audit

Committee Charter is found on its website at https://dpwholdings.com.  (*See infra* Ex. D at p. 64).

28.  Attached as Exhibit Z is a true and correct copy of the relevant pages from DPW's Preliminary Proxy Statement Schedule 14A filed on July 30, 2018 with the SEC and obtained from the SEC's website at https://www.sec.gov, which is referenced in the Complaint at paragraphs 16, 309.

29.  Attached as Exhibit AA is a true and correct copy of the relevant pages from DPW's Form 8-K filed on December 15, 2016 with the SEC and obtained from the SEC's website at https://www.sec.gov.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of November, 2018 at New York, New York.

                           /s/ *Robert Volynsky*
                           ROBERT VOLYNSKY (SBN 310600)