Exhibit T

10/18/2018     DPW Holdings, Inc. Common Stock (DPW) Historical Prices & Data - NASDAQ.com

| Date | Open | | | | |
|---|---|---|---|---|---|
| 12/18/2017 | 5.34 | 5.64 | 5.05 | 5.5 | 13,547,620 |
| 12/15/2017 | 4.6 | 5.19 | 4.67 | 5.15 | 9,647,209 |
| 12/14/2017 | 5.06 | 5.35 | 4.67 | 5 | 15,758,330 |
| 12/13/2017 | 5.4 | 5.95 | 4.53 | 5.05 | 40,597,190 |
| 12/12/2017 | 4 | 4.05 | 3.9485 | 4.16 | 29,366,240 |
| 12/11/2017 | 3.58 | 3.95 | 3.2 | 3.82 | 19,565,900 |
| 12/08/2017 | 3.21 | 3.7 | 2.2 | 3.3 | 23,774,110 |
| 12/07/2017 | 3.67 | 4.09 | 3.01 | 3.41 | 36,992,370 |
| 12/06/2017 | 3.9 | 5.1 | 2.65 | 2.74 | 69,600,950 |
| 12/05/2017 | 2.8 | 4.27 | 2.7 | 3.66 | 38,487,700 |
| 12/04/2017 | 2.6 | 3.49 | 2.15 | 3.49 | 36,487,550 |
| 12/01/2017 | 1.86 | 1.94 | 1.6 | 1.83 | 10,567,000 |
| 11/30/2017 | 1.44 | 1.79 | 1.38 | 1.7 | 8,733,051 |
| 11/29/2017 | 1.84 | 1.94 | 1.44 | 1.63 | 13,104,520 |
| 11/28/2017 | 1.44 | 1.6 | 1.16 | 1.38 | 13,144,980 |
| 11/27/2017 | 2.9 | 3.5 | 2.03 | 2.13 | 43,114,980 |
| 11/24/2017 | 0.635 | 0.80 | 0.7106 | 0.8099 | 12,200,190 |
| 11/22/2017 | 0.5641 | 0.68 | 0.56 | 0.6269 | 2,910,744 |
| 11/21/2017 | 0.59 | 0.6051 | 0.5641 | 0.5641 | 525,085 |
| 11/20/2017 | 0.59 | 0.639 | 0.59 | 0.619 | 1,076,336 |
| 11/17/2017 | 0.61 | 0.62 | 0.59 | 0.591 | 340,101 |
| 11/16/2017 | 0.571 | 0.61 | 0.571 | 0.6099 | 311,078 |
| 11/15/2017 | 0.5601 | 0.6 | 0.5551 | 0.571 | 354,950 |
| 11/14/2017 | 0.579 | 0.5897 | 0.5601 | 0.565 | 158,948 |
| 11/13/2017 | 0.6001 | 0.6001 | 0.575 | 0.59 | 85,816 |
| 11/10/2017 | 0.6 | 0.62 | 0.58 | 0.5801 | 193,710 |
| 11/09/2017 | 0.565 | 0.66 | 0.565 | 0.6005 | 922,596 |
| 11/08/2017 | 0.62 | 0.62 | 0.5602 | 0.57 | 265,515 |
| 11/07/2017 | 0.6 | 0.62 | 0.5802 | 0.597 | 251,719 |
| 11/06/2017 | 0.6085 | 0.6199 | 0.58 | 0.6 | 322,838 |
| 11/03/2017 | 0.7 | 0.71 | 0.598 | 0.6085 | 1,056,423 |
| 11/02/2017 | 0.595 | 0.62 | 0.5851 | 0.6099 | 139,689 |
| 11/01/2017 | 0.62 | 0.6289 | 0.5825 | 0.6 | 605,519 |
| 10/31/2017 | 0.69 | 0.739 | 0.62 | 0.62 | 2,170,233 |
| 10/30/2017 | 0.639 | 0.6895 | 0.635 | 0.6809 | 1,081,532 |
| 10/27/2017 | 0.613 | 0.65 | 0.61 | 0.6475 | 405,022 |
| 10/26/2017 | 0.6313 | 0.6313 | 0.6101 | 0.616 | 234,775 |
| 10/25/2017 | 0.61 | 0.6475 | 0.5801 | 0.6313 | 502,699 |
| 10/24/2017 | 0.62 | 0.62 | 0.58 | 0.6 | 493,059 |
| 10/23/2017 | 0.64 | 0.6401 | 0.601 | 0.6116 | 355,195 |
| 10/20/2017 | 0.635 | 0.67 | 0.621 | 0.6401 | 642,086 |
| 10/19/2017 | 0.6726 | 0.682 | 0.6119 | 0.6375 | 1,094,575 |
| 10/18/2017 | 0.6901 | 0.71 | 0.662 | 0.67 | 901,839 |
| 10/17/2017 | 0.669 | 0.719 | 0.5929 | 0.6883 | 1,992,026 |
| 10/16/2017 | 0.623 | 0.7195 | 0.6155 | 0.66 | 3,151,186 |
| 10/13/2017 | 0.6604 | 0.7181 | 0.62 | 0.623 | 1,711,288 |

EXHIBIT T
132

10/18/2018 DPW Holdings, Inc. Common Stock (DPW) Historical Prices & Data - NASDAQ.com

| Date | Open | | | | |
|---|---|---|---|---|---|
| 03/28/2017 | 0.85 | 0.85 | 0.7589 | 0.8 | 217,839 |
| 03/27/2017 | 0.8002 | 0.85 | 0.8002 | 0.8399 | 158,947 |
| 03/24/2017 | 0.87 | 0.8744 | 0.802 | 0.82 | 105,942 |
| 03/23/2017 | 0.9 | 0.9 | 0.825 | 0.8701 | 107,479 |
| 03/22/2017 | 0.83 | 0.93 | 0.8001 | 0.92 | 163,067 |
| 03/21/2017 | 0.952 | 1.03 | 0.84 | 0.84 | 374,147 |
| 03/20/2017 | 0.9 | 1.05 | 0.8 | 0.94 | 1,012,613 |
| 03/17/2017 | 0.94 | 0.94 | 0.7801 | 0.83 | 643,316 |
| 03/16/2017 | 1.06 | 1.13 | 0.85 | 0.94 | 1,477,714 |
| 03/15/2017 | 1.6 | 1.75 | 0.962 | 1.2 | 12,910,500 |
| 03/14/2017 | 0.5811 | 0.62 | 0.5811 | 0.59 | 17,929 |
| 03/13/2017 | 0.6 | 0.62 | 0.565 | 0.6 | 17,937 |
| 03/10/2017 | 0.54 | 0.62 | 0.54 | 0.61 | 47,077 |
| 03/09/2017 | 0.6064 | 0.6201 | 0.5 | 0.6 | 35,471 |
| 03/08/2017 | 0.62 | 0.62 | 0.5685 | 0.6001 | 50,449 |
| 03/07/2017 | 0.62 | 0.62 | 0.6005 | 0.6051 | 13,556 |
| 03/06/2017 | 0.6 | 0.62 | 0.6 | 0.61 | 7,495 |
| 03/03/2017 | 0.59 | 0.6179 | 0.5881 | 0.5902 | 7,282 |
| 03/02/2017 | 0.6 | 0.602 | 0.5881 | 0.5913 | 1,546 |
| 03/01/2017 | 0.62 | 0.62 | 0.602 | 0.602 | 5,524 |
| 02/28/2017 | 0.6332 | 0.6333 | 0.58 | 0.62 | 29,165 |
| 02/27/2017 | 0.615 | 0.63 | 0.615 | 0.62 | 6,411 |
| 02/24/2017 | 0.61 | 0.61 | 0.61 | 0.61 | 100 |
| 02/23/2017 | 0.6058 | 0.6113 | 0.6051 | 0.6051 | 3,456 |
| 02/22/2017 | 0.61 | 0.6201 | 0.6 | 0.6 | 57,033 |
| 02/21/2017 | 0.62 | 0.6225 | 0.62 | 0.62 | 21,376 |
| 02/17/2017 | 0.6458 | 0.6450 | 0.62 | 0.6201 | 16,585 |
| 02/16/2017 | 0.64 | 0.6497 | 0.63 | 0.6497 | 2,114 |
| 02/15/2017 | 0.62 | 0.62 | 0.62 | 0.62 | 1,127 |
| 02/14/2017 | 0.62 | 0.65 | 0.62 | 0.6242 | 5,739 |
| 02/13/2017 | 0.62 | 0.6423 | 0.62 | 0.6201 | 19,853 |
| 02/10/2017 | 0.6225 | 0.6226 | 0.62 | 0.62 | 1,263 |
| 02/09/2017 | 0.65 | 0.65 | 0.63 | 0.63 | 6,545 |
| 02/08/2017 | 0.64 | 0.6599 | 0.625 | 0.6496 | 6,510 |
| 02/07/2017 | 0.622 | 0.64 | 0.62 | 0.64 | 8,696 |
| 02/06/2017 | 0.64 | 0.64 | 0.62 | 0.63 | 3,871 |
| 02/03/2017 | 0.64 | 0.6401 | 0.61 | 0.61 | 4,845 |
| 02/02/2017 | 0.6405 | 0.6405 | 0.61 | 0.61 | 15,743 |
| 02/01/2017 | 0.63 | 0.63 | 0.63 | 0.63 | 00 |
| 01/31/2017 | 0.645 | 0.65 | 0.62 | 0.63 | 20,857 |
| 01/30/2017 | 0.62 | 0.6397 | 0.6 | 0.63 | 42,976 |
| 01/27/2017 | 0.6194 | 0.6243 | 0.6146 | 0.615 | 39,237 |
| 01/26/2017 | 0.611 | 0.63 | 0.6 | 0.6 | 32,266 |
| 01/25/2017 | 0.65 | 0.65 | 0.61 | 0.64 | 2,497 |
| 01/24/2017 | 0.6105 | 0.65 | 0.6105 | 0.65 | 2,196 |
| 01/23/2017 | 0.65 | 0.65 | 0.6001 | 0.62 | 20,039 |

EXHIBIT T
133