Robert Volynsky, Esq. (SBN 310600)
Email: rvolynsky@srf.law
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725

Arash Shirdel, Esq. (SBN 247754)
Email: ashirdel@pacificpremierlaw.com
Pacific Premier Law Group
200 Sandpointe Avenue, Suite 500
Santa Ana, California 92707
Telephone: (949) 629-3690
Facsimile: (949) 313-0995

*Attorneys for Milton C. Ault III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>MILTON C. AULT III, AMOS KOHN WILLIAM B. HORNE, JEFF BENTZ, MORDECHAI ROSENBERG, ROBERT O. SMITH, and KRISTINE AULT,<br><br>Defendants,<br><br>And<br><br>DPW HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 2:18-cv-6587 (SJO) (PLA)<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Judge: Hon. S. James Otero<br><br>Date:       **February 4, 2019**<br>Time:      **10:00 a.m.**<br>Courtroom: **350 West 1st Street**<br>                  **Courtroom 10C**<br>                  **Los Angeles, CA 90012**<br><br>[**Motion to Dismiss and Declaration of Robert Volynsky Concurrently Filed**] |

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE - 1

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201(b)(2), Defendants Milton C. Ault, III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault (the "Defendants") hereby request judicial notice of the following documents in support of their Motion to Dismiss the Verified Shareholder Derivative Complaint ("Complaint") filed on behalf of nominal defendant DPW Holdings, Inc. f/k/a Digital Power Corporation ("DPW"):

1. DPW's Certificate of Incorporation filed with the Secretary of State of the State of Delaware attached to the Declaration of Robert Volynsky ("Volynsky Decl.") as Exhibit A.

2. DPW's Amended and Restated Articles of Incorporation, and subsequent amendments thereto, filed with the Secretary of State of the State of California attached to the Volynsky Decl. as Exhibit B.

3. The relevant pages from DPW's Form 8-K filed on November 14, 2017 with the U.S. Securities and Exchange Commission ("SEC") attached to the Volynsky Decl. as Exhibit C.

4. The relevant pages from DPW's Form 10-K filed on April 17, 2018 with the SEC attached to the Volynsky Decl. as Exhibit D.

5. The relevant pages from DPW's Form 10-Q filed on August 21, 2017 with the SEC attached to the Volynsky Decl. as Exhibit E.

6. The relevant pages from DPW's Form 10-Q/A filed on November 14, 2017 with the SEC attached to the Volynsky Decl. as Exhibit F.

7. The relevant pages from DPW's Form 10-K filed on April 10, 2017 with the SEC attached to the Volynsky Decl. as Exhibit G.

8. The relevant pages from DPW's Form 8-K filed on December 8, 2017 with the SEC attached to the Volynsky Decl. as Exhibit H.

9. The relevant pages from DPW's Form 8-K/A filed on December 15, 2017 with the SEC attached to the Volynsky Decl. as Exhibit I.

10. The relevant pages from DPW's Form 8-K filed on December 8, 2017 with the SEC attached to the Volynsky Decl. as Exhibit J.

11. The relevant pages from DPW's Form 8-K filed on December 8, 2017 with the SEC attached to the Volynsky Decl. as Exhibit K.

12. The relevant pages from DPW's Form 8-K filed on December 8, 2017 with the SEC attached to the Volynsky Decl. as Exhibit L.

13. The relevant pages from DPW's Form 8-K filed on January 24, 2018 with the SEC attached to the Volynsky Decl. as Exhibit M.

14. The relevant pages from DPW's Form 8-K/A filed on December 15, 2017 with the SEC attached to the Volynsky Decl. as Exhibit N.

15. The relevant pages from DPW's Form 8-K/A filed on December 15, 2017 with the SEC attached to the Volynsky Decl. as Exhibit O.

16. The relevant pages from DPW's Form 8-K/A filed on December 15, 2017 with the SEC attached to the Volynsky Decl. as Exhibit P.

17. The relevant pages from DPW's Form 8-K/A filed on February 12, 2018 with the SEC attached to the Volynsky Decl. as Exhibit Q.

18. The relevant pages from DPW's Form 10-Q filed on August 15, 2016 with the SEC attached to the Volynsky Decl. as Exhibit R.

19. The relevant pages from DPW's Form 8-K filed on March 9, 2017 with the SEC attached to the Volynsky Decl. as Exhibit S.

20. The relevant pages of DPW's historical stock price published by NASDAQ attached to the Volynsky Decl. as Exhibit T.

21. The relevant pages from DPW's Form 8-K filed on June 5, 2017 with the SEC attached to the Volynsky Decl. as Exhibit U.

22. The relevant pages from DPW's Form 8-K filed on June 5, 2017 with the SEC attached to the Volynsky Decl. as Exhibit V.

23. The relevant pages from DPW's Form 8-K filed on December 4, 2017 with the SEC attached to the Volynsky Decl. as Exhibit W.

24. The relevant pages from DPW's Form 8-K filed on December 4, 2017 with the SEC attached to the Volynsky Decl. as Exhibit X.

25. The relevant pages from DPW's Audit Committee Charter obtained from its website at https://dpwholdings.com attached to the Volynsky Decl. as Exhibit Y.

26. The relevant pages from DPW's Preliminary Proxy Statement Schedule 14A filed on July 30, 2018 with the SEC attached to the Volynsky Decl. as Exhibit Z.

27. The relevant pages from DPW's Form 8-K filed on December 15, 2016 with the SEC attached to the Volynsky Decl. as Exhibit AA.

## I. Background

The above-listed documents are public records filed with the SEC and made available to both the stockholders of DPW or other interested parties by DPW. (*See e.g.* https://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=0000896493&type=&dateb=&owner=include&count=40 (last visited November 2, 2018)). The Complaint also repeatedly refers to DPW's SEC Filings by extensively citing to, or quoting from, the filings. (*See e.g.* Compl. ¶¶6, 54, 82, 86, 105, 108, 110, 125, 129, 150-153, 158, 159, 198 (citing/quoting 2017 10-K filing); 11, 12, 68-71, 90, 115, 117, 126, 127, 144, 146, 148, 155-157, 160, 167, 168, 183, 188, 190, 194, 199, 231 (*citing/quoting* various 10-Q filings); 11, 77-80, 181, 184-186, 197, 20-212, 223, 224 (*citing/quoting* various 8-K filings); 16, 20, 31, 212, 282, 287, 291 (*citing/quoting* Proxy filings), 131, 161-163, 165, 166 (*citing/quoting* Prospectus or Registration filings)). With respect to DPW's Audit Committee Charter, the Complaint quotes excerpts from the Audit Committee Charter but did not set forth the entire Charter including key provisions thereof. (*See* Compl. ¶64) (DPW's Form 10-K, which is cited throughout the Complaint, provides that DPW's Audit Committee Charter is found on its website at https://dpwholdings.com (*see infra* Ex. D at p. 64)).

## II. Argument

It is well established that a defendant may base its motion to dismiss upon not only matters that appear on the face of a complaint, but also upon matters that are subject to

judicial notice. *Khoja v. Orexigen Therapeutics, Inc.* 899 F.3d 988, 1002 (9th Cir. 2018). Under Rule 201 of the Federal Rules of Evidence, the Court may take judicial notice of an adjudicative fact "that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Fed. R. Evid.* 201(b)(2). Pursuant to Rule 201, the Court may take judicial notice of a company's SEC filings and undisputed facts contained in such public records. *Khoja*, 899 F.3d at 999; *see also*, *Forestal v. Caldwell*, No. 16-4492, 2016 U.S. Dist. LEXIS 191432, *13 (C.D. Ca. Nov. 14, 2016). The Court may also take judicial notice of a company's reported stock price history. *See Wilson v. Edison Int'l, Inc.*, No. 15-cv-09139, 2016 U.S. Dist. LEXIS 183660, *18 (C.D. Ca. July 6, 2016) (*citing Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008)). And in a derivative action, the Court may take judicial notice of a company's Certificate of Incorporation filed with a state. *See Towers v. Iger*, No. 15-4609, 2017 U.S. Dist. LEXIS 217904, *9 (N.D. Ca. Mar. 10, 2017). As publicly available documents, Exhibits A through AA are not reasonably subject to dispute and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

Further, it is proper for the Court to take judicial notice of documents incorporated by reference, or quoted from, in the Complaint. *Khoja*, 899 F.3d at 1002. Courts have explained that documents that either form the basis of a plaintiff's case or are quoted extensively within the Complaint are properly considered on a motion to dismiss. *Id.* at 1006-1007. As aptly stated by a Delaware Court that evaluated a shareholder derivative complaint such as the one before this Court, "where a complaint quotes or characterizes some parts of a document but omits other parts of the same document, the Court may apply the incorporation-by-reference doctrine to guard against the cherry-picking of words in the document out of context." *Okla. Firefighters Pension & Ret. Sys. v. Corbat*, No. 12151, 2017 Del. Ch. LEXIS 848, *3 (Del. Ch. Dec. 18, 2017) (dismissing derivative claim). Here, the Complaint extensively references to, or extensively quotes from, DPW's SEC filings and Audit Committee Charter to form the basis of the claims. *See*

*e.g.* Compl. ¶¶64 (*quoting* Audit Committee Charter), 86 (*quoting* 2017 10-K and spanning pages 38-40), 90 (*quoting* 1Q 2016 10-Q and spanning pages 41-47), and 131 (*quoting* Form 424B5 Prospectus and spanning pages 57-61).

Therefore, it is appropriate for the Court to take judicial notice of the aforementioned documents.

### III.  Conclusion

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of Exhibits A through AA attached to the concurrently filed Declaration of Robert Volynsky.

Dated:  November 28, 2018                    SICHENZIA ROSS FERENCE LLP

By:   /s/ *Robert Volynsky*
ROBERT VOLYNSKY (SBN 310600)
Attorneys for Defendants Milton Ault,
Amos Kohn, William Horne, Jeff Bentz,
Mordechai Rosenberg, Robert Smith and
Kristine Ault