Robert B. Volynsky, Esq. (SBN 310600)
Email: rvolynsky@srf.law
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725

*Attorneys for Nominal Defendant*
*DPW Holdings, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>MILTON C. AULT III, AMOS KOHN WILLIAM B. HORNE, JEFF BENTZ, MORDECHAI ROSENBERG, ROBERT O. SMITH, and KRISTINE AULT,<br><br>Defendants,<br><br>and<br><br>DPW HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 2:18-cv-6587 (SJO) (PLA)<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Hon. S. James Otero |

TO: The Clerk of Court and all Parties of Record:

PLEASE TAKE NOTICE, that Robert B. Volynsky, Esq., of Sichenzia Ross Ference LLP, hereby appears as counsel of record for Nominal Defendant DPW Holdings, Inc. in the above-captioned matter. It is respectfully submitted that all future papers and notices of electronic filing with respect to this action be forwarded to the undersigned.

Dated: November 30, 2018

        Respectfully submitted,

        SICHENZIA ROSS FERENCE LLP

        By:   /s/ *Robert B. Volynsky*
        ROBERT B. VOLYNSKY (SBN 310600)
        Attorneys for Nominal Defendant
        DPW Holdings, Inc.