Robert B. Volynsky, Esq. (SBN 310600)
Email: rvolynsky@srf.law
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725

*Attorneys for Nominal Defendant*
*DPW Holdings, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br> MILTON C. AULT III, AMOS KOHN WILLIAM B. HORNE, JEFF BENTZ, MORDECHAI ROSENBERG, ROBERT O. SMITH, and KRISTINE AULT, <br><br> Defendants, <br><br> and <br><br> DPW HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 2:18-cv-6587 (SJO) (PLA) <br><br> **RULE 7.1 STATEMENT AND NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1** <br><br> Judge: Hon. S. James Otero |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Nominal Defendants DPW Holdings, Inc. ("DPW") (a non-governmental corporate party) certifies that the follow are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

1. Avalanche International Corp.
2. Alzamend Neuro, Inc.
3. Microphase Corp.

Pursuant to Local Rule 7.1-1, Nominal Defendant DPW submits this Notice of Interested Parties.  The undersigned counsel of record for Nominal Defendant DPW, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Each Individual Defendant; and
2. National Union Fire Insurance Company of Pittsburgh, Pa.

Dated:  November 30, 2018                SICHENZIA ROSS FERENCE LLP

By:   /s/ *Robert B. Volynsky*
ROBERT B. VOLYNSKY (SBN 310600)
Attorneys for Nominal Defendant
DPW Holdings, Inc.