Robert Volynsky, Esq. (SBN 310600)
Email: rvolynsky@srf.law
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725

*Attorneys for Nominal Defendant
DPW Holdings, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br>                    Plaintiffs, <br><br>    vs. <br><br> MILTON C. AULT III, AMOS KOHN WILLIAM B. HORNE, JEFF BENTZ, MORDECHAI ROSENBERG, ROBERT O. SMITH, and KRISTINE AULT, <br><br>                    Defendants, <br><br>    and <br><br> DPW HOLDINGS, INC., <br><br>                    Nominal Defendant. | Case No. 2:18-cv-6587 (SJO) (PLA) <br><br> **NOMINAL DEFENDANT DPW HOLDINGS, INC.'S NOTICE OF JOINDER IN THE MOTION TO DISMISS FILED BY THE INDIVIDUAL DEFENDANTS** <br><br> Judge:  Hon. S. James Otero <br><br> Date:        **February 4, 2019** <br> Time:       **10:00 a.m.** <br> Courtroom:  **350 West 1st Street** <br>                         **Courtroom 10C** <br>                         **Los Angeles, CA 90012** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nominal Defendant DPW Holdings, Inc. ("DPW") hereby joins in the Motion to Dismiss filed on November 28, 2018 by Defendants Milton C. Ault, III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault (the "Individual Defendants") (Dkt. No. 24) and set for hearing on February 4, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 10C, located at the United States District Court, 350 West 1st Street, Los Angeles, California 90012, the Honorable S. James Otero presiding.

In the Individual Defendants' Motion to Dismiss, they seek dismissal of Plaintiffs' Verified Shareholder Derivative Complaint pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) for failure to state a claim and pursuant to Rule 23.1 for failing to serve a pre-suit demand on DPW's Board of Directors as required under Delaware law, or to allege particularized facts demonstrating that a pre-suit demand would be futile.

Each of these challenges applies with equal force to the claims asserted against DPW, and it would promote judicial economy to have the Court adjudicate the claims at the pleading stage against all defendants.

As set forth in detail in the Declaration of Robert Volynsky filed concurrently with the Individual Defendants' Motion to Dismiss (Dkt. No. 25), pursuant to Local Rule 7-3, the parties met and conferred regarding the Individual Defendant's motion on November 20, 2018. Although I and my firm had not been retained by DPW at that time, the discussion between the Individual Defendants' Counsel, who now represents DPW, and Plaintiffs' Counsel discussed and covered the same topics and issues that are applicable to DPW for which DPW now joins in the Individual Defendants' Motion to Dismiss.

Dated: November 30, 2018

SICHENZIA ROSS FERENCE LLP

By: ___/s/ *Robert Volynsky*___
ROBERT VOLYNSKY (SBN 310600)
Attorneys for Nominal Defendant
DPW Holdings, Inc.