Name and address:

Sameer Rastogi
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, NY 10036

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS<br>Plaintiff(s),<br>v.<br>MILTON C. AULT, III, AMOS KOHN, et al.,<br>Defendant(s), | CASE NUMBER<br>2:18-cv-6587 (SJO) (PLA)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Rastogi, Sameer
*Applicant's Name (Last Name, First Name & Middle Initial)*    check here if federal government attorney ☐

Sichenzia Ross Ference LLP
*Firm/Agency Name*

| 1185 Avenue of the Americas | (212) 930-9700 | (212) 930-9725 |
|---|---|---|
| 37th Floor | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| New York, NY 10036 | srastogi@srf.law | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Milton C. Ault, III, Amos Kohn, William B. Horne, Jeff | ☐ Plaintiff(s) ☒ Defendant(s) ☒ Other: DPW Holdings, Inc. |
|---|---|
| Bentz, Mordechai Rosenberg, Robert O. Smith, & K. Ault | ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York | 7/14/1997 | Active Member in Good Standing |
| New Jersey | 6/19/2001 | Active Member in Good Standing |
| Eastern District of New York | 8/17/1999 | Active Member in Good Standing |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California? ☐ Yes ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above? ☐ Yes ☒ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 1/3/2019

Sameer Rastogi
*Applicant's Name (please type or print)*

[signature]
*Applicant's Signature*

G-64 (07/18)     APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 2 of 3

### SECTION III - DESIGNATION OF LOCAL COUNSEL

Shirdel, Arash
*Designee's Name (Last Name, First Name & Middle Initial)*

Pacific Premier Law Group
*Firm/Agency Name*

200 Sandpointe Ave
Suite 500
*Street Address*

Santa Ana, CA 92707
*City, State, Zip Code*

949-629-3690
*Telephone Number*

(949) 313-0995
*Fax Number*

ashirdel@pacificpremierlaw.com
*E-mail Address*

247754
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated  1/7/19

Arash Shirdel
*Designee's Name (please type or print)*

*Designee's Signature*

### SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Courts to which applicant is admitted

| Court to which applicant is admitted | Date of admission | |
|---|---|---|
| Southern District of New York | 8/17/1999 | Active Member in Good Standing |
| District of New Jersey | 7/2/2001 | Active Member in Good Standing |
| Third Circuit | 8/5/2013 | Active Member in Good Standing |
| Second Circuit | 5/22/2014 | Active Member in Good Standing |
| D. Colombia | 8/5/2005 | Active Member in Good Standing |
| Tenth Circuit | 12/5/2005 | Active Member in Good Standing |

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## SAMEER RASTOGI

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **July 14, 1997**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**January 3, 2019**

1020

_Clerk of the Court_

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **SAMEER RASTOGI** (No. **008172001**) was constituted and appointed an Attorney at Law of New Jersey on **June 19, 2001** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **10TH** day of **December**, 20**18**



Clerk of the Supreme Court

-453a-