Sameer Rastogi
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, NY 10036

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br> Plaintiff(s) <br> v. <br><br> MILTON C. AULT, III et al., <br><br> Defendant(s) <br><br> and <br><br> DPW HOLDINGS, INC. <br><br> Nominal Defendant. | CASE NUMBER <br><br> 2:18-cv-6587 (SJO) (PLA) <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| | | |
|---|---|---|
| Rastogi, Sameer | of | Sichenzia Ross Ference LLP |
| *Applicant's Name (Last Name, First Name, Middle Initial)* | | 1185 Avenue of the Americas, 37th Floor |
| (212) 930-9700          (212) 930-9725 | | New York, NY 10036 |
| *Telephone Number          Fax Number* | | |
| srastogi@srf.law | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Defendants Milton C. Ault, III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault and Nominal Defendant DPW Holdings, Inc.

*Name(s) of Party(ies) Represent*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

| | | |
|---|---|---|
| Shirdel, Arash | of | Pacific Premier Law Group |
| *Designee's Name (Last Name, First Name & Middle Initial* | | 200 Sandpointe Ave, Suite 500 |
| 247754      949-629-3690      (949) 313-0995 | | Santa Ana, CA 92707 |
| *Designee's Cal. Bar No.   Telephone Number   Fax Number* | | |
| ashirdel@pacificpremierlaw.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Date _____                                    _____
                                                                        U.S. District Judge