Sameer Rastogi
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, NY 10036

FILED
CLERK, U.S. DISTRICT COURT
January 18, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br> Plaintiff(s) <br> v. <br> MILTON C. AULT, III et al., <br> Defendant(s) <br> and <br> DPW HOLDINGS, INC. <br> Nominal Defendant. | CASE NUMBER <br> 2:18-cv-6587 (SJO) (PLA) <br><br> (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Rastogi, Sameer       of    Sichenzia Ross Ference LLP
*Applicant's Name (Last Name, First Name, Middle Initial)*     1185 Avenue of the Americas, 37th Floor
(212) 930-9700       (212) 930-9725       New York, NY 10036
*Telephone Number*     *Fax Number*
srastogi@srf.law
*E-Mail Address*                         *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendants Milton C. Ault, III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault and Nominal Defendant DPW Holdings, Inc.
*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Shirdel, Arash       of    Pacific Premier Law Group
*Designee's Name (Last Name, First Name & Middle Initial)*    200 Sandpointe Ave, Suite 500
                              Santa Ana, CA 92707
247754     949-629-3690    (949) 313-0995
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
ashirdel@pacificpremierlaw.com
*E-Mail Address*                         *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:    ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application:

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

1/18/19                                        */s/ S. James Otero/*

Dated: _____ _____
U.S. District Judge