Robert Volynsky, Esq. (SBN 310600)
Email: rvolynsky@srf.law
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725

Arash Shirdel, Esq. (SBN 247754)
Email: ashirdel@pacificpremierlaw.com
Pacific Premier Law Group
200 Sandpointe Avenue, Suite 500
Santa Ana, California 92707
Telephone: (949) 629-3690
Facsimile: (949) 313-0995

*Attorneys for Milton C. Ault III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MILTON C. AULT III, AMOS KOHN WILLIAM B. HORNE, JEFF BENTZ, MORDECHAI ROSENBERG, ROBERT O. SMITH, and KRISTINE AULT, <br><br> Defendants, <br><br> and <br><br> DPW HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 2:18-cv-6587 (SJO) (PLA) <br><br> **REPLY DECLARATION OF ROBERT VOLYNSKY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** <br><br> Judge: Hon. S. James Otero <br><br> Date: **February 4, 2019** <br> Time: **10:00 a.m.** <br> Courtroom: **350 West 1st Street** <br> **Courtroom 10C** <br> **Los Angeles, CA 90012** <br><br> [**Reply Brief Concurrently Filed**] |

REPLY DECLARATION OF ROBERT VOLYNSKY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS - 1

I, Robert Volynsky, declare as follows:

1. I am an attorney at law admitted to practice before the Courts of the State of New York, New Jersey and California, and I am an attorney at Sichenzia Ross Ference LLP, attorneys for Defendants Milton C. Ault, III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault (the "Defendants"), as well as nominal defendant DPW Holdings, Inc. f/k/a Digital Power Corporation ("DPW"). I make this reply declaration in further support of Defendants' Motion to Dismiss the Verified Shareholder Derivative Complaint (the "Complaint") filed on behalf of DPW. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

2. Attached as Exhibit BB is a true and correct copy of additional relevant pages from DPW's Form 10-K filed on April 17, 2018 with the SEC and obtained from the SEC's website at https://www.sec.gov, – other relevant pages of which had been previously submitted before the Court as Exhibit D.

3. Attached as Exhibit CC is a true and correct copy of the relevant pages from DPW's Form 8-K filed on December 28, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov., which states the results of matters put to a vote by DPW's security holders – matters that were identified, as then-pending, in Defendants' Memorandum of Points and Authorities in Support of their Motion to Dismiss at p. 11.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of January, 2019 at New York, New York.

                /s/ *Robert Volynsky*
                ROBERT VOLYNSKY (SBN 310600)