Robert Volynsky, Esq. (SBN 310600)
Email: rvolynsky@srf.law
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725

Arash Shirdel, Esq. (SBN 247754)
Email: ashirdel@pacificpremierlaw.com
Pacific Premier Law Group
200 Sandpointe Avenue, Suite 500
Santa Ana, California 92707
Telephone: (949) 629-3690
Facsimile: (949) 313-0995

*Attorneys for Defendants and
Nominal Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MILTON C. AULT III, AMOS KOHN WILLIAM B. HORNE, JEFF BENTZ, MORDECHAI ROSENBERG, ROBERT O. SMITH, and KRISTINE AULT, <br><br> Defendants, <br><br> and <br><br> DPW HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 2:18-cv-6587 (SJO) (PLA) <br><br> **DECLARATION OF ROBERT VOLYNSKY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** <br><br> Judge: Hon. S. James Otero <br><br> Date: **May 6, 2019** <br> Time: **10:00 a.m.** <br> Courtroom: **350 West 1st Street Courtroom 10C Los Angeles, CA 90012** <br><br> [**Motion to Dismiss Concurrently Filed**] |

DECLARATION OF ROBERT VOLYNSKY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS - 1

I, Robert Volynsky, declare as follows:

1.  I am an attorney at law admitted to practice before the Courts of the State of New York, New Jersey and California, and I am an attorney at Sichenzia Ross Ference LLP, attorneys for Defendants Milton C. Ault, III, Amos Kohn, William B. Horne, Jeff Bentz, Mordechai Rosenberg, Robert O. Smith, and Kristine Ault, as well as nominal defendant DPW Holdings, Inc. f/k/a Digital Power Corporation ("DPW") (collectively, "Defendants").  I make this declaration in support of Defendants' Notice of Motion and Motion to Dismiss the First Amended Verified Shareholder Derivative Complaint (the "Am. Compl.") filed on behalf DPW.  I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.  The documents set forth herein, with their original exhibit identifiers, are documents that the Court has previously taken judicial notice of. [DE 42, pp. 3-5].

2.  Pursuant to Local Rule 7-3, this motion is made following the telephonic conference of counsel that took place on Thursday, March 21, 2019.  Specifically, pursuant to Rule 23(a) of Judge Otero's Standing Order for Civil Cases, I had a telephonic conference with Plaintiffs' Counsel, Alex B. Heller, Esq., to discuss the substance of Defendants' contemplated Motion to Dismiss (the "Motion") and any potential resolutions thereof in an effort to obviate the need to file the Motion.  We conducted the conference telephonically because: we had previously had an in-person meeting to discuss the original motion to dismiss; we were fully familiar with the arguments and issues raised by the Court's Decision on the original motion to dismiss, and there was a limited time to schedule an in-person conference among counsel located in differing states given the schedule set by the Court in its Decision.  During our conference, we discussed, *inter alia*, the additional claims and allegations in the Amended Complaint, as well as contemplated grounds to be set forth in the Motion concerning the claims that Defendants seek dismissal.  Plaintiffs' Counsel considered and discussed our points raised; however, we did not reach any resolutions that would avoid the filing of the Motion during the conference.

3. Attached as Exhibit C is a true and correct copy of the relevant pages from DPW's Form 8-K filed on November 14, 2017 with the U.S. Securities and Exchange Commission ("SEC") and obtained from the SEC's website at https://www.sec.gov.  [DE 25-3].

4. Attached as Exhibit D is a true and correct copy of the relevant pages from DPW's Form 10-K filed on April 17, 2018 with the SEC and obtained from the SEC's website at https://www.sec.gov.  [DE 25-4].

5. Attached as Exhibit E is a true and correct copy of the relevant pages from DPW's Form 10-Q filed on August 21, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov.  [DE 25-5].

6. Attached as Exhibit F is a true and correct copy of the relevant pages from DPW's Form 10-Q/A filed on November 14, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov.  [DE 25-6].

7. Attached as Exhibit G is a true and correct copy of the relevant pages from DPW's Form 10-K filed on April 10, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov.  [DE 25-7].

8. Attached as Exhibit R is a true and correct copy of the relevant pages from DPW's Form 10-Q filed on August 15, 2016 with the SEC and obtained from the SEC's website at https://www.sec.gov.  [DE 25-18].

9. Attached as Exhibit S is a true and correct copy of the relevant pages from DPW's Form 8-K filed on March 9, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov.  [DE 25-19].

10. Attached as Exhibit T is a true and correct copy of the relevant pages of DPW's historical price data published by NASDAQ and obtained from NASDAQ's website at https://www.nasdaq.com.  [DE 25-20].

11. Attached as Exhibit U is a true and correct copy of the relevant pages from DPW's Form 8-K filed on June 5, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov.  [DE 25-21].

12. Attached as Exhibit V is a true and correct copy of the relevant pages from DPW's Form 8-K filed on June 5, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov. [DE 25-22].

13. Attached as Exhibit W is a true and correct copy of the relevant pages from DPW's Form 8-K filed on December 4, 2017 with the SEC and obtained from the SEC's website at https://www.sec.gov. [DE 25-23].

14. Attached as Exhibit Z is a true and correct copy of the relevant pages from DPW's Preliminary Proxy Statement Schedule 14A filed on July 30, 2018 with the SEC and obtained from the SEC's website at https://www.sec.gov. [DE 25-26].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of March, 2019 at New York, New York.

/s/ *Robert Volynsky*
ROBERT VOLYNSKY (SBN 310600)