Exhibit U

Case 2:18-cv-06587-SJO-PLA Document 46-21 Filed 03/25/19 Page 2 of 4 Page ID #:886
Case 2:18-cv-06587-SJO-PLA Document 25-21 Filed 01/26/18 Page 2 of 4 Page ID #:336

11/20/2018 dpw20170603_8k.htm

8-K 1 dpw20170603_8k.htm FORM 8-K

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 8-K

### CURRENT REPORT
Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): June 2, 2017

## DIGITAL POWER CORPORATION
(Exact name of registrant as specified in its charter)

| California | 001-12711 | 94-1721931 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (I.R.S. Employer Identification No.) |

48430 Lakeview Blvd, Fremont, CA 94538-3158
(Address of principal executive offices) (Zip Code)

(510) 657-2635
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

[ ] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
[ ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
[ ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
[ ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter). ☐

Emerging growth company

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

1

Case 2:18-cv-06587-SJO-PLA Document 25-21 Filed 01/28/18 Page 3 of 4 Page ID #:337
Case 2:18-cv-06587-PA-PLA Document 46-21 Filed 03/25/19 Page 3 of 4 Page ID #:887
11/20/2018                                                                          dpw20170603_8k.htm

## Item 3.02 Unregistered Sales of Equity Securities.

On June 2, 2017, Philou Ventures, LLC purchased 25,000 shares of Series B Preferred Stock pursuant to the Preferred Stock Purchase Agreement dated March 9, 2017, by and between Philou Ventures, LLC and the Company in consideration for $250,000. The 25,000 shares of Series B Convertible Preferred Stock are convertible into 357,143 shares of Common Stock in the aggregate based on a $.70 per share conversion price. Including the purchase by Philou Ventures of 75,000 shares of Series B Preferred Stock previously reported, the 25,000 shares of Series B Preferred Stock reported herein represents the aggregate purchase of 100,000 shares of Series B Preferred Stock for an aggregate of $1,000,000 by Philou Ventures under the Preferred Stock Purchase Agreement. The terms of the Preferred Stock Purchase Agreement was previously reported on Form 8-K filed with the Commission on March 9, 2017.

In addition, pursuant to the Preferred Stock Purchase Agreement and in conjunction with the purchase of the Series B Preferred Stock, Philou was granted Warrants to purchase 357,143 shares of Common Stock at $0.70 per share.

The Company will seek the approval of the Company's stockholders for the issuance of shares of Common Stock underlying the Series B Preferred Stock and the Warrants for the sole purpose of meeting the requirements of NYSE Mkt Rule 713. Until such approval, Philou Ventures will not (i) vote its Series B Preferred Stock; (ii) convert its Series B Preferred Stock into Common Stock; or (iii) exercise its right under the Warrants.

The Series B Preferred Stock and Warrants described in this Current Report on Form 8-K were offered and sold to Philou Ventures in reliance upon exemption from the registration requirements under Section 4(a)(2) under the Securities Act of 1933, as amended, and Rule 506 of Regulation D promulgated thereunder.

Case 2:18-cv-06587-PA-PLA Document 46-21 Filed 03/25/19 Page 4 of 4 Page ID #:888
Case 2:18-cv-06587-SJO-PLA Document 25-21 Filed 11/26/18 Page 4 of 4 Page ID #:388

11/20/2018 dpw20170603_8k.htm

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

                Digital Power Corporation
                a California corporation

Dated: June 5, 2017                /s/ Amos Kohn
                Amos Kohn
                President and Chief Executive Officer

3