Exhibit V

Case 2:18-cv-06587-SJO-PLA Document 46-12 Filed 03/25/19 Page 2 of 4 Page ID #:890
Case 2:18-cv-06587-SJO-PLA Document 25-22 Filed 11/26/18 Page 2 of 4 Page ID #:390
11/20/2018 dpw20170620_8k.htm

8-K 1 dpw20170620_8k.htm FORM 8-K

UNITED STATES

SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

---

FORM 8-K

CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

---

Date of Report (Date of earliest event reported): June 20, 2017

## Digital Power Corporation

(Exact Name of Registrant as Specified in Charter)

| California | 001-12711 | 94-1721931 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| 48430 Lakeview Blvd, Fremont, CA | 94538-3158 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (510) 657-2635

---

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Case 2:18-cv-06587-SJO-PLA Document 46-12 Filed 03/25/19 Page 3 of 4 Page ID #:891
Case 2:18-cv-06587-SJO-PLA Document 25-22 Filed 11/26/18 Page 3 of 4 Page ID #:591

11/20/2018 dpw20170620_8k.htm

## ITEM 8.01 Other Events

On June 21, 2017, Digital Power Corporation (the "Company") announced that the NYSE MKT has notified the Company that it has regained compliance with the NYSE MKT continued listing standards.

A copy of the press release announcing these events is attached as Exhibit 99.1 to this Current Report on Form 8-K and is hereby incorporated by reference herein.

## ITEM 9.01 FINANCIAL STATEMENTS AND EXHIBITS

(d) Exhibits:

| Exhibit No. | Description |
|---|---|
| 99.1 | Digital Power Corporation Press Release dated June 21, 2017 |

Case 2:18-cv-06587-SJO-PLA Document 46-12 Filed 03/25/19 Page 4 of 4 Page ID #:892
Case 2:18-cv-06587-SJO-PLA Document 25-22 Filed 11/26/18 Page 4 of 4 Page ID #:392

11/20/2018 dpw20170620_8k.htm

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**DIGITAL POWER CORPORATION**

Date: June 21, 2017    By: /s/ Amos Kohn
                        Amos Kohn
                        Chief Executive Officer