Stuart J. Guber (*pro hac vice*)
Email:  sguber@faruqilaw.com
Faruqi and Faruqi LLP
1617 John F. Kennedy Blvd, Suite 1550
Philadelphia, Pennsylvania 19103
Telephone: (215) 277-5570
Facsimile:  (215) 277-5771

*Attorneys for Plaintiffs Ethan Young and Greg Young*

Robert Volynsky, Esq. (SBN 310600)
Email: rvolynsky@srf.law
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725

*Attorneys for Defendants Milton C. Ault, III, Amos Kohn, William B. Horne, Kristine Ault and Nominal Defendant DPW Holdings, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MILTON C. AULT, III, AMOS KOHN, WILLIAM B. HORNE, JEFF BENTZ, MORDECHAI ROSENBERG, ROBERT O. SMITH, and KRISTINE AULT, | Case No. 2:18-cv-06587-SJO-PLA <br><br><br><br><br> **STIPULATION** |

1                        Defendants,

2

3         and

4   DPW HOLDINGS, INC.,

5

6                     Nominal Defendant.

**WHEREAS**, on May 21, 2019, the Court issued an Order [DE 54], which granted in part, and denied in part, Defendants' Motion to Dismiss the First Amended Complaint (the "Order");

**WHEREAS**, the Order, *inter alia*, dismissed all claims asserted against Defendants Jeff Bentz, Mordechai Rosenberg, and Robert O. Smith in the First Amended Complaint and granted leave for Plaintiffs to file a second amended complaint within ten (10) days of the issuance of the Order;

**WHEREAS**, Plaintiffs did not file a second amended complaint within ten (10) days of the issuance of the Order;

**WHEREAS**, the deadline for Defendants Milton C. Ault III, Amos Kohn, William B. Horne, Kristine Ault and Nominal Defendant DPW Holding, Inc. (the "Remaining Defendants") to file their answer to the First Amended Complaint (the "Answer") is June 14, 2019;

**WHEREAS**, the Remaining Defendants respectfully request a two-week continuance of the deadline to file their Answer in order to provide each of the Remaining Defendants adequate time to meaningfully review and respond to each of the allegations contained in the voluminous 347-paragraph First Amended Complaint;

**WHEREAS**, Plaintiffs consent to the Remaining Defendants' request for a two-week continuance of the deadline to file their Answer;

**WHEREAS**, the two-week continuance will not affect the scheduling of the

Initial Scheduling Conference, currently scheduled for July 8, 2019; and

**WHEREAS**, this is the Remaining Defendants' first request for an extension of time to file their Answer to the First Amended Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties hereto, as follows:

1.    The Remaining Defendants' time to answer the First Amended Complaint is extended to June 28, 2019.

2.    This Stipulation may be executed in counterparts and electronic or facsimile signatures shall be effective as originals.

Dated: June 4, 2019

FARQUI AND FARUQI LLP

By:  /s/ Stuart Guber
STUART J. GUBER (*pro hac vice*)
1617 John F. Kennedy Blvd, Suite 1550
Philadelphia, Pennsylvania 19103
Telephone: (215) 277-5570
Facsimile:  (215) 277-5771
Email:  sguber@faruqilaw.com

*Attorneys for Plaintiffs Ethan Young and Greg Young*

SICHENZIA ROSS FERENCE LLP

By:  /s/ Robert Volynsky
ROBERT VOLYNSKY (SBN 310600)
1185 Avenue of the Americas, 37th Fl.
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725
Email: rvolynsky@srf.law

*Attorneys for Defendants Milton C. Ault III, Amos Kohn, William Horne, Kristine Ault, and Nominal Defendant DPW Holdings, Inc.*