```
FILED
CLERK, U.S. DISTRICT COURT

June 6, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY:      VPC      DEPUTY
```

Stuart J. Guber (*pro hac vice*)
Email: sguber@faruqilaw.com
Faruqi and Faruqi LLP
1617 John F. Kennedy Blvd, Suite 1550
Philadelphia, Pennsylvania 19103
Telephone: (215) 277-5570
Facsimile: (215) 277-5771

*Attorneys for Plaintiffs Ethan Young and Greg Young*

Robert Volynsky, Esq. (SBN 310600)
Email: rvolynsky@srf.law
Sichenzia Ross Ference LLP
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725

*Attorneys for Defendants Milton C. Ault, III, Amos Kohn, William B. Horne, Kristine Ault and Nominal Defendant DPW Holdings, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MILTON C. AULT, III, AMOS KOHN, WILLIAM B. HORNE, JEFF BENTZ, MORDECHAI ROSENBERG, ROBERT O. SMITH, and KRISTINE AULT, | Case No. 2:18-cv-06587-SJO-PLA <br><br> [PROPOSED] ORDER GRANTING ADDITIONAL TIME TO FILE AN ANSWER TO THE FIRST AMENDED COMPLAINT |

| | |
|---|---|
| 1 | Defendants, |
| 2 | |
| 3 | and |
| 4 | DPW HOLDINGS, INC., |
| 5 | |
| 6 | Nominal Defendant. |

# ORDER

The Court, having reviewed the Stipulation To Extend the Time For Defendants Milton C. Ault, III, Amos Kohn, William B. Horne, Kristine Ault, and Nominal Defendant DPW Holdings, Inc. (collectively, the "Remaining Defendants) To File their Answer to the First Amended Complaint, entered into by and between counsel of record for the Parties, and good cause being shown,

**IT IS HEREBY ORDERED** that:

The Remaining Defendants shall have until June 28, 2019 to file their Answer to Plaintiff's First Amended Complaint.

Dated: 6/6/19

By: *S. James Otero*
Hon. S. James Otero
United States District Judge

---

1
STIPULATION