1  **FARUQI & FARUQI, LLP**
2  BENJAMIN HEIKALI (SBN 307466)
   bheikali@faruqilaw.com
3  10866 Wilshire Boulevard, Suite 1470
4  Los Angeles, California 90024
   Telephone: 424.256.2884
5  Facsimile: 424.256.2885

6
   *Attorneys for Plaintiffs Ethan Young and*
7  *Greg Young*

8
   **SICHENZIA ROSS FERENCE LLP**
9  ROBERT B. VOLYNSKY (SBN 310600)
   rvolynsky@srf.law
10 1185 Avenue of the Americas, 37th Floor
11 New York, New York 10036
   Telephone: 212.930.9700
12 Facsimile:  212.930.9725

13
   *Attorneys for Defendants and Nominal*
14 *Defendant*

15

16             **UNITED STATES DISTRICT COURT**
17             **CENTRAL DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| 19  ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., | Case No. 2:18-cv-06587-SJO-PLA |
| 20 | **AMENDED JOINT RULE 26(f) REPORT** |
| 21  Plaintiffs, | Date: July 8, 2019 |
| 22  vs. | Time: 8:30 a.m. |
| 23 | Hon. S. James Otero |
| 24  MILTON C. AULT, III, AMOS KOHN, WILLIAM B. HORNE, and KRISTINE AULT, | Courtroom 10C |
| 25 | |
| 26 | |
| 27  Defendants, | |
| 28 | |

1     and

2   DPW HOLDINGS, INC.,

3

4               Nominal Defendant.

Plaintiffs Ethan Young and Greg Young ("Plaintiffs") and Defendants Milton C. Ault, Amos Kohn, William Horne, and Kristine Ault ("Individual Defendants" or, together with Nominal Defendant DPW Holdings, Inc., "Defendants") (together with Plaintiffs, the "Parties") respectfully submit this Amended Joint Rule 26(f) report in advance of the Scheduling Conference set for July 8, 2019.

## I.   STATEMENT OF THE CASE

Plaintiffs, stockholders of Nominal Defendant DPW Holdings, Inc., brought a shareholder derivative action for the benefit of DPW Holdings, Inc. Plaintiffs allege causes of action against the Individual Defendants for (1) breach of fiduciary duty and (2) unjust enrichment. On November 28, 2018, Defendants (including the now dismissed defendants Jeff Bentz, Mordechai Rosenberg and Robert Smith) filed a Motion to Dismiss Plaintiffs' Complaint [Docket No. 24]. Plaintiffs filed an Opposition to the Motion to Dismiss on January 10, 2019 and Defendants replied on January 21, 2019. On February 25, 2019, the Court granted in part Defendants' Motion to Dismiss with leave to amend. The Court sustained the demand futility allegations and dismissed the breach of fiduciary duty and other state law claims for failure to state a claim. Plaintiffs filed their First Amended Complaint on March 11, 2019. Defendants filed a Motion to Dismiss the First Amended Complaint on March 25, 2019 (the "Second Motion to Dismiss") [Docket No. 46]. Plaintiffs filed an Opposition to the Second Motion to Dismiss on April 15, 2019 [Docket No. 49] and Defendants replied on April 22, 2019 [Docket No. 50]. On May 21, 2019, the Court denied in part Defendants' Motion to Dismiss [Docket No. 54]. Defendants have until June 28, 2019 to file their answer to Plaintiffs' First Amended Complaint [Docket No. 56].

## II.   SUBJECT MATTER JURISDICTION

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332. There is complete diversity among the parties and the amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs.

Plaintiffs Ethan Young and Greg Young are citizens of the State of Ohio. Nominal Defendant DPW Holdings, Inc. is incorporated in Delaware and headquartered in California. Defendants Milton C. Ault, III, Kristine Ault, William B. Horne, Amos Kohn, Robert O. Smith and Jeff Bentz are citizens of the State of California. Defendant Mordecai Rosenberg is a citizen of Israel.

Plaintiffs' First Amended Complaint challenges tens of millions in related party and other transactions as being unfair to DPW Holdings, Inc. and its shareholders, and seeks damages in excess of $75,000.

### III. LEGAL ISSUES

The Parties do not foresee any unusual substantive or evidentiary issues. The key legal issues are: (1) whether the Individual Defendants (or any of them) breached their fiduciary duties and were unjustly enriched; and (2) as a result, if DPW Holdings, Inc. was damaged and the amount of those damages and/or appropriate injunctive relief.

### IV. PARTIES AND NON- PARTY WITNESSES

**A. Parties**

Plaintiff ETHAN YOUNG

Plaintiff GREG YOUNG

Defendant MILTON C. AULT, III

Defendant AMOS KOHN

Defendant WILLIAM B. HORNE

Defendant KRISTINE AULT

JEFF BENTZ

MORDECHAI ROSENBERG

ROBERT O. SMITH

Nominal Defendant DPW HOLDINGS, INC.

**B. Non-Party Witnesses**

Additional witnesses may be identified as discovery proceeds, and the Parties

reserve their rights to amend or supplement this list.

## V. DAMAGES:

Plaintiffs seek restitution, actual damages and injunctive relief on behalf of nominal defendant DPW Holdings, Inc. for each of the violations alleged in the First Amended Complaint. Plaintiffs also seek attorney's fees, expenses and costs. Plaintiffs will rely on discovery and their experts to identify and calculate the appropriate measure of damages.

## VI. Insurance:

National Union Fire Insurance Company of Pittsburgh, Pa.

## VII. Motions:

The Parties anticipate filing motions for summary judgment with a proposed hearing date in June 2020.

## VIII. Manual for Complex Litigation:

The Parties believe that this is a complex case and that the Manual for Complex Litigation may be utilized in this case.

## IX. Status of Discovery:

The Parties have recently commenced discovery. Plaintiffs anticipate serving their first set of requests for production of documents and interrogatories within the next few weeks.

## X. Discovery Plan:

The Parties propose an eleven-month discovery period in two stages with a discovery cut off of May 27, 2020: (1) Fact discovery ending March 27, 2020. The Parties intend that all discovery responses and discovery-related motions be filed within that time frame, except motions that relate to information produced in the final 30 days of discovery. (2) Expert disclosures and discovery will take place between March 28, 2020 and May 27, 2020.

The Parties intend to serve interrogatories, document requests, and requests for admissions. Plaintiffs and Defendants also intend to engage experts.

The Parties agree that, at this time, there is no need for changes to the Rule 26(a) disclosures or the discovery limitations.

**XI.   Discovery cut-off:**

The Parties have agreed to a fact discovery cut-off date of March 27, 2020 and expert discovery cut-off date of May 27, 2020.

**XII.   Dispositive motions:**

The Parties anticipate filing motions for summary judgment after the completion of fact and expert discovery.

**XIII.   Settlement:**

The Parties have not engaged in substantive settlement negotiations.

**XIV.   Trial Estimate:**

Plaintiffs demand a jury trial with respect to all issues triable by right of jury. The Parties estimate that the case can be tried in seven to ten court days.

**XV.   Trial Counsel:**

Plaintiffs will be represented by Benjamin Heikali, Joshua Nassir, Alex B. Heller, and Nina Varindani of Faruqi & Faruqi, LLP at trial. Plaintiffs contemplate calling at least 10 witnesses at trial.

The Defendants will be represented by Robert B. Volynsky and Sameer Rastogi of Sichenzia Ross Ference LLP as well as Arash Shirdel of Pacific Premier Law Group at trial.

**XVI.   Independent Expert or Master:**

The Parties agree that this case is not suitable for an independent expert or master.

**XVII.   Timetable:**

Please see the schedule below.

**XVIII.   Other issues:**

None at this time.

**XIX. Patent cases: N/A**

**XX. Magistrate Judge:**

The Parties do not consent to a Magistrate Judge presiding over this case.

Dated: June 19, 2019

**FARUQI & FARUQI, LLP**

By: */s/ Benjamin Heikali*
Benjamin Heikali
bheikali@faruqilaw.com
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: 424.256.2884
Facsimile: 424.256.2885
Email: bheikali@faruqilaw.com

**SICHENZIA ROSS FERENCE LLP**

By:  /s/ *Robert Volynsky*
ROBERT VOLYNSKY (SBN 310600)
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: (212) 930-9700
Facsimile: (212) 930-9725
Email: rvolynsky@srf.law

*Attorneys for Defendants Milton Ault, Amos Kohn, William Horne and Kristine Ault, and Nominal Defendant DPW Holdings, Inc.*

| **DISTRICT JUDGE S. JAMES OTERO** <br> **SCHEDULE OF PRETRIAL DATES** | | | | | |
|---|---|---|---|---|---|
| Matter: <br> Young, Et al. v. Ault, Et al. | Time | Weeks before trial | Plaintiffs' Request | Defendants' Request | Court Order |
| Trial (jury) (court) Estimated length:7-10 days | 9:00 a.m. | | 8/25/2020 | 8/25/2020 | |
| Pretrial Conference; Proposed Voir Dire Q.s. Lodged; file Agreed-to Statement of Case; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc. | 9:00 a.m. | 8 days before trial | 8/17/2020 | 8/17/2020 | |
| Last Day for Hearing Motions | | 60 days before trial | 6/26/2020 | 6/26/2020 | |
| Discovery Cut-Off | | 90 days before trial | 5/27/2020 | 5/27/2020 | |
| Settlement Choice <br> (1)CT/USMJ <br> (2)Atty <br> (3)Outside ADR <br> (4)Trial Court | | | | | |
| Last Day to Conduct Settlement Conference | | 3 weeks prior to pretrial conference | 7/27/2020 | 7/27/2020 | |
| Last Day to Amend Pleadings or Add Parties | | within 30 days from scheduling conference | 6/28/2019 | 6/28/2019 | |

## **ATTESTATION**

I, Benjamin Heikali, am the ECF User whose ID and password are being used to file the **Amended Joint Rule 26(f) Report**. In accordance with Local Rule 5-4.3.4, concurrence in the filing of this document has been obtained from Robert Volynsky, counsel for Defendant, and I shall maintain records to support this concurrence for subsequent production for this Court if so ordered or for inspection upon request by a party.

Dated: June 19, 2019

*/s/ Benjamin Heikali*
Benjamin Heikali

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Dated: June 19, 2019

By: /s/ *Benjamin Heikali*
BENJAMIN HEIKALI (SBN 307466)