UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-6587 SJO (PLAx) | Date | July 8, 2019 |
|---|---|---|---|
| Title | Ethan Young, et al. v. Milton C. Ault, III, et al. | | |

| Present: The Honorable | S. James Otero, United States District Judge | |
|---|---|---|
| Stephen Montes Kerr | Anne Kielwasser | |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joshua Nassir | Arash Shirdel |

**Proceedings:** MANDATORY SCHEDULING CONFERENCE

Matter called.

The Court sets the following schedule:

| | |
|---|---|
| Jury Trial: | Tuesday, August 25, 2020, at 9:00 a.m. |
| Pretrial Conference: | Tuesday, August 17, 2020, at 9:00 a.m. |
| Motion Cutoff: | Monday, June 15, 2020, at 10:00 a.m. |
| Discovery Cutoff: | Monday, May 11, 2020 |
| Last Date to Amend: | August 12, 2019 |

Settlement is referred to the Alternative Dispute Resolution Program for all further proceedings. ADR-12 to issue.

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are reminded of their obligations under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.

    Court advises counsel that all Pretrial documents must be filed in compliance with the Court's standing order, including but not limited to:
1.     All Jury Instructions, agreed and opposed;
2.     Verdict Forms;
3.     Proposed Voir Dire Questions;
4.     Agreed-To Statement of Case;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-6587 SJO (PLAx) | Date | July 8, 2019 |
|---|---|---|---|
| Title | Ethan Young, et al. v. Milton C. Ault, III, et al. | | |

5. Witness List, listing each witness and time estimates to conduct direct, cross, redirect and recross;
6. Trial Brief and Memorandum of Contentions;
7. Joint Rule 26(f) Report;
8. If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9. Motions in Limine are to be filed according to Local Rule 7 and will be heard at 9:00 a.m. the first day of trial;
10. Exhibits properly labeled, tagged, and in binders.

cc:  ADR Coordinator

|  | : | 03 |
|---|---|---|
| Initials of Preparer | | SMO |