| | |
|---|---|
| 1 | **FARUQI & FARUQI, LLP** |
| 2 | BENJAMIN HEIKALI (SBN 307466) |
|   | bheikali@faruqilaw.com |
| 3 | 10866 Wilshire Boulevard, Suite 1470 |
| 4 | Los Angeles, California 90024 |
|   | Telephone: 424.256.2884 |
| 5 | Facsimile: 424.256.2885 |
| 6 | |
|   | *Attorneys for Plaintiffs Ethan Young and* |
| 7 | *Greg Young* |
| 8 | |
|   | **SICHENZIA ROSS FERENCE LLP** |
| 9 | ROBERT B. VOLYNSKY (SBN 310600) |
|   | rvolynsky@srf.law |
| 10 | 1185 Avenue of the Americas, 37th Floor |
| 11 | New York, New York 10036 |
|   | Telephone: 212.930.9700 |
| 12 | Facsimile:  212.930.9725 |
| 13 | |
|   | *Attorneys for Defendants Milton C. Ault,* |
| 14 | *III, Amos Kohn, William B. Horne, and* |
| 15 | *Kristine Ault and Nominal Defendant DPW* |
|   | *Holdings, Inc.* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., | CASE NO.: 2:18-cv-06587-SJO-PLA |
| | **JOINT NOTICE RE: MEDIATION** |
| Plaintiffs, | |
| vs. | |
| MILTON C. AULT, III, *et al.*, | |
| Defendants. | |

1  Plaintiffs Ethan Young and Greg Young ("Plaintiffs") and Defendants Milton
2  C. Ault, III, Amos Kohn, William B. Horne, and Kristine Ault and Nominal
3  Defendant DPW Holdings, Inc. ("Defendants") (together, the "Parties") hereby
4  submit this Joint Notice Re: Mediation.

5  The Parties hereby notify the Court that on October 21, 2019, the Parties are
6  scheduled to attend a mediation session before Jed Melnick of JAMS in New York
7  City.

Dated:  August 30, 2019

**FARUQI & FARUQI, LLP**

By: */s/ Benjamin Heikali*
Benjamin Heikali
bheikali@faruqilaw.com
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: 424.256.2884
Facsimile: 424.256.2885

**FARUQI & FARUQI, LLP**

Alex B. Heller (admitted *pro hac vice*)
1617 John F. Kennedy Boulevard
Suite 1550
Philadelphia, PA 19103
Telephone: 215-277-5770
Facsimile:  215-277-5771

*Attorneys for Plaintiffs Ethan Young and Greg Young*

**SICHENZIA ROSS FERENCE LLP**

By: */s/ Robert B. Volynsky*
Robert B. Volynsky
rvolynsky@srf.law
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: 212.930.9700
Facsimile:  212.930.9725

*Attorneys for Defendants Milton C. Ault, III, Amos Kohn, William B. Horne, and Kristine Ault and Nominal Defendant DPW Holdings, Inc.*

## **ATTESTATION**

I, Benjamin Heikali, am the ECF User whose ID and password are being used to file this document in accordance with Civil Local Rule 5-4.3.4, concurrence in the filing of this document has been obtained from Robert Volynsky, counsel for Defendants, and I shall maintain records to support this concurrence for subsequent production for this Court if so ordered or for inspection upon request by a party.

Dated:     August 30, 2019

By: __/s/ Benjamin Heikali__