

# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Stuart Jay Guber
1617 John F. Kennedy Boulevard Suite 155
Philadelphia, PA 19103

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 03/31/2005
**BAR NUMBER:** 141879
**TODAY'S DATE:** 08/29/2019

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia