

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Stuart Jay Guber, Esq.*

**DATE OF ADMISSION**

*December 13, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: September 5, 2019

*Patricia A. Johnson*
Chief Clerk