FARUQI & FARUQI, LLP
Benjamin Heikali SBN 307466
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ethan Young and Greg Young, Derivatively and on Behalf of Nominal Defendant, DPW Holdings, Inc.<br><br>Plaintiff(s)<br>v.<br><br>Milton C. Ault, III, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:18-cv-06587<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Guber, Stuart J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

215-277-5770
*Telephone Number*

215-277-5771
*Fax Number*

sguber@faruqilaw.com
*E-Mail Address*

of

Faruqi & Faruqi, LLP
1617 John F. Kennedy Boulevard, Suite 1550
Philadelphia, PA 19103

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Ethan Young
Greg Young

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Heikali, Benjamin
*Designee's Name (Last Name, First Name & Middle Initial)*

307466
*Designee's Cal. Bar No.*

(424) 256-2884
*Telephone Number*

(424) 256-2885
*Fax Number*

bheikali@faruqilaw.com
*E-Mail Address*

of

Faruqi & Faruqi, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge