1  Benjamin Heikali (SBN 307466)
   E-mail: bheikali@faruqilaw.com
2  **FARUQI & FARUQI, LLP**
   10866 Wilshire Boulevard, Suite 1470
3  Los Angeles, CA 90024
   Telephone: (424) 256-2884
4  Facsimile: (424) 256-2885

5  Stuart J. Guber (admitted *pro hac vice*)
   Alex B. Heller (admitted *pro hac vice*)
6  E-mail: sguber@faruqilaw.com
            aheller@faruqilaw.com
7  **FARUQI & FARUQI, LLP**
   1617 John F. Kennedy Boulevard
8  Suite 1550
   Philadelphia, PA 19103
9  Telephone: 215-277-5770
   Facsimile: 215-277-5771

10

11  *Attorneys for Plaintiffs Ethan Young and Greg Young*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MILTON C. AULT, III, AMOS KOHN, WILLIAM B. HORNE, JEFF BENTZ, MORDECHAI ROSENBERG, ROBERT O. SMITH, and KRISTINE AULT, <br><br> Defendants, <br><br> and <br><br> DPW HOLDINGS, INC., <br><br> *Nominal Defendant.* | Case No. 2:18-cv-06587-SJO-PLA <br><br> **NOTICE OF LODGING OF THE STIPULATED AND PROTECTIVE ORDER GOVERNING THE USE OF CONFIDENTIAL INFORMATION** |

Plaintiffs Ethan Young and Greg Young respectfully submit this notice of lodging of the Stipulated and Protective Order Governing the Use of Confidential Information. A copy of the Stipulated and Protective Order Governing the Use of Confidential information is attached hereto.

Dated: October 15, 2019

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: */s/ Stuart J. Guber*

Attorneys for Plaintiffs
Stuart J. Guber (admitted *pro hac vice*)
Alex B. Heller (admitted *pro hac vice*)
1617 John F. Kennedy Boulevard
Suite 1550
Philadelphia, PA 19103
Telephone: 215-277-5770
Facsimile: 215-277-5771
E-mail: sguber@faruqilaw.com
        aheller@faruqilaw.com

**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: bheikali@faruqilaw.com

*Attorneys for Plaintiffs*