CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ethan Young <br><br> PLAINTIFF(S) <br> v. <br> Milton C. Ault, III, et al, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:18-cv-06587-SJO-PLA <br><br> **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 10/14/19; 10/16/19 | 69; 72 | APPLICATION of Non-Resident Attorney |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other
  Documents are stricken.  No proposed order.

Clerk, U.S. District Court

Dated: 11/14/19                    By: *Victor Paul Cruz*
                                        Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge