# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MILTON C. AULT, III, *et al.*, <br><br> Defendants. | CASE NO.: 2:18-cv-06587-SJO-PLA <br><br> **JOINT NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 16-15.7 and 40-2, Plaintiffs Ethan Young and Greg Young ("Plaintiffs") and Defendants Milton C. Ault, III, Amos Kohn, William B. Horne, and Kristine Ault and Nominal Defendant DPW Holdings, Inc. ("Defendants") (together, the "Parties") hereby jointly provide notice that they have reached an agreement in principle to settle this matter.

The Parties are preparing the Motion for Preliminary Approval and will submit to the Court when complete.

Dated: January 21, 2020      **FARUQI & FARUQI, LLP**

By: */s/ Benjamin Heikali*
Benjamin Heikali
bheikali@faruqilaw.com
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: 424.256.2884
Facsimile: 424.256.2885

**FARUQI & FARUQI, LLP**

Alex B. Heller (admitted *pro hac vice*)

1617 John F. Kennedy Boulevard
Suite 1550
Philadelphia, PA 19103
Telephone: 215.277.5770
Facsimile: 215.277.5771

*Attorneys for Plaintiffs Ethan Young and Greg Young*

**PACIFIC PREMIER LAW GROUP**

By: */s/ Arash Shirdel*
Arash Shirdel
ashirdel@pacificpremierlaw.com
200 Sandpointe Ave, Ste 500
Santa Ana, CA 92707
Telephone: 949.629.3690
Facsimile: 949.313.0995

**SICHENZIA ROSS FERENCE LLP**

Sameer Rastogi
srastogi@SRF.law
1185 Avenue of the Americas, 37th Floor
New York, New York 10036
Telephone: 212.930.9700
Facsimile: 212.930.9725

*Attorneys for Defendants Milton C. Ault, III, Amos Kohn, William B. Horne, and Kristine Ault and Nominal Defendant DPW Holdings, Inc.*

## **ATTESTATION**

I, Benjamin Heikali, am the ECF User whose ID and password are being used to file this document in accordance with Civil Local Rule 5-4.3.4, concurrence in the filing of this document has been obtained from Arash Shirdel, counsel for Defendants, and I shall maintain records to support this concurrence for subsequent production for this Court if so ordered or for inspection upon request by a party.

Dated:   January 21, 2020                     By:   */s/* Benjamin Heikali