**FARUQI & FARUQI, LLP**
Alex B. Heller (admitted *pro hac vice*)
1617 John F. Kennedy Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
Email: aheller@faruqilaw.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MILTON C. AULT III, AMOS KOHN, WILLIAM B. HORNE, and KRISTINE AULT, <br><br> Defendants, <br><br> and <br><br> DPW HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 2:18-cv-06587-SJO-PLA |

**DECLARATION OF ALEX B. HELLER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

I, ALEX B. HELLER, declare as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania and the state of New Jersey. I am admitted *pro hac vice* to the United States District Court for the Central District of California to appear in this matter.

2. I am a partner of the law firm of Faruqi & Faruqi, LLP, and counsel of record for Plaintiffs Ethan Young and Greg Young. I make this declaration in support of Plaintiffs' Motion for Preliminary Approval of Settlement.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement ("Stipulation").

4. Attached hereto as Exhibit A to the Stipulation is a true and correct copy of the DPW Corporate Governance Reforms.

5. Attached hereto as Exhibit B to the Stipulation is a true and correct copy of the [Proposed] Preliminary Approval Order.

6. Attached hereto as Exhibit C to the Stipulation is a true and correct copy of the Notice of Proposed Settlement.

7. Attached hereto as Exhibit D to the Stipulation is a true and correct copy of the Summary Notice of Proposed Settlement.

8. Attached hereto Exhibit E to the Stipulation is a true and correct copy of the [Proposed] Final Judgment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of February 2020, at Philadelphia, Pennsylvania.

*/s/ Alex B. Heller*
Alex B. Heller