UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
April 2, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

| | |
|---|---|
| In the Matter of the Transfer of Cases from the Calendar of Judge S. JAMES OTERO | ORDER OF THE CHIEF JUDGE<br><br>20-059 |

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge S. James Otero to the calendar of Judge Percy Anderson for all further proceedings:

| | |
|---|---|
| 2:18-cv-03019-SJO-JPRx: | Jowharah Hameed-Bolden, et al. v. Forever 21 Retail, Inc., et al. |
| 2:18-cv-06587-SJO-PLAx: | Ethan Young, et al. v. Milton C. Ault, III, et al. |
| 2:18-cv-09376-SJO-RAOx: | Andrea S Sanders v. LoanCare, LLC, et al. |
| 2:18-cv-09709-SJO-JEMx: | UMG Recordings, Inc. et al v. iBus Media Limited, et al. |
| 5:18-cv-00963-SJO-KKx: | Samuel Love v. Manuel Ira Blanco Jr., et al. |
| 2:18-cr-00283-SJO: | USA v. Chrystalyn House, et al. |

Dated: April 2, 2020

_____
Chief Judge Virginia A. Phillips