# EXHIBIT 1

**FARUQI & FARUQI, LLP**
Alex B. Heller (admitted *pro hac vice*)
1617 John F. Kennedy Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
Email: aheller@faruqilaw.com

Benjamin Heikali (SBN 307466),
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Fax: (424) 256-98972885
Email: bheikali@faruqilaw.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MILTON C. AULT III, AMOS KOHN, WILLIAM B. HORNE, and KRISTINE AULT, <br><br> Defendants, <br><br> and <br><br> DPW HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 2:18-cv-06587-PA-PLA <br><br> **THE FEE AND EXPENSE DECLARATION OF ALEX B. HELLER IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT** |

I, Alex B. Heller, declare as follows:

1. I am a partner at the law firm of Faruqi & Faruqi, LLP and counsel for Plaintiffs Ethan Young and Greg Young ("Plaintiffs") in the instant action. I am a member of the State Bars of Pennsylvania and New Jersey. I am admitted *pro hac vice* in the instant action (the "Action").

2. I submit this declaration pertaining to my firm's fees and expenses in support of Plaintiffs' Unopposed Motion for Final Approval of Settlement filed contemporaneously herewith. The testimony provided herein is based on my own personal knowledge, information and belief and, if called upon, I could and would competently testify thereto.

3. I am the attorney at my firm charged with primary responsibility for the shareholder derivative claims asserted on behalf of nominal defendant DPW Holdings, Inc. ("DPW" or the "Company"). I supervised my firm's lawyers and other staff who worked on the litigation.

4. My firm performed the following professional services in connection with this litigation: (1) inspecting, analyzing, and reviewing DPW's public filings with the SEC, press releases, announcements, transcripts of investor conference calls, and news articles; (2) drafting and filing the Initial Complaint; (3) researching the applicable law with respect to the claims asserted in the Action and the potential defenses thereto; (4) briefing an opposition brief to a motion to dismiss the Initial Complaint; (5) drafting the Amended Complaint; (6) drafting an opposition brief to a motion to dismiss the Amended Complaint; (7) drafting and sending discovery requests; (8) researching corporate governance issues and best practices; (9) participating in numerous settlement discussions with Defendants' Counsel; (10) preparing a settlement demand together with proposals for corporate governance reforms; (11) participating in a full day mediation session with Jed Melnick of JAMS; and (12)

numerous discussions with Defendants' Counsel to finalize the terms of the settlement and submit the Motion for Preliminary Approval of the settlement.

5. The total number of hours devoted to this litigation by my firm is 1,231 hours. The total lodestar for attorney and paralegal time based on Faruqi & Faruqi, LLP's current rates is $791,086.25.

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Nadeem Faruqi | P | 8.00 | $950.00 | $7,600.00 |
| Alex Heller | P | 699.00 | $575.00 | $401,925.00 |
| Stuart Guber | P | 390.25 | $825.00 | $321,956.25 |
| Nina Varindani | P | 18.00 | $595.00 | $10,710.00 |
| Michael Van Gorder | P | 18.00 | $590.00 | $10,620.00 |
| Christopher Lash | A | 14.00 | $400.00 | $5,600.00 |
| Joshua Nassir | A | 9.00 | $500.00 | $4,500.00 |
| Anthony Aloise | PA | 4.25 | $375.00 | $1,593.75 |
| Derek Behnke | PA | 5.75 | $400.00 | $2,300.00 |
| Brian Giacalone | PA | 51.75 | $375.00 | $19,406.25 |
| Susanna Marton | PA | 13.00 | $375.00 | $4,875.00 |
| **TOTAL** | | **1,231.00** | | **$791,086.25** |

(P) Partner
(A) Associate
(PA) Paralegal

6. These hours are based on contemporaneous time records maintained by my firm. I reviewed the entries to confirm the reasonableness of the time and expenses committed to the litigation. I believe that the time reflected in my firm's lodestar calculation is reasonable in amount and was reasonably necessary for the effective prosecution and resolution of the litigation.

7. Attached hereto as Exhibit A is a resume describing my firm and the background and experience of my firm's lawyers.

8. My firm incurred a total of $19,084.06 in unreimbursed expenses in connection with the prosecution of the litigation.

| CATEGORY | EXPENSE |
|---|---|
| Court Filing/Service Fee(s) | $3,390.00 |
| Mediation Fees | $11,050.00 |
| Research Fees | $4,452.45 |
| Courier and Postage Fees | $95.61 |
| Travel Expenses | $96.00 |
| **TOTAL** | **$19,084.06** |

9. The expenses set forth above are reflected in my firm's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm.

I declare under penalty of perjury that the foregoing is true and correct. Executed this twenty-ninth day of May 2020, at Wynnewood, Pennsylvania.

/s/ *Alex B. Heller*
Alex B. Heller