**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: bheikali@faruqilaw.com

*Counsel for Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN YOUNG and GREG YOUNG, Derivatively on Behalf of Nominal Defendant, DPW HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MILTON C. AULT III, AMOS KOHN, WILLIAM B. HORNE, and KRISTINE AULT, <br><br> Defendants, <br><br> and <br><br> DPW HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 2:18-cv-06587-PA-PLA <br><br> **PLAINTIFFS' NOTICE OF NO OBJECTIONS TO SETTLEMENT** <br><br> Hon. Percy Anderson |

1  Plaintiffs Ethan Young and Greg Young ("Plaintiffs") hereby notify the Court that pursuant to the Preliminary Approval Order entered by the Court on April 15, 2020, all objections were due to be filed with this Court and served on counsel for Plaintiffs, Alex B. Heller, Esq., and Counsel for Defendants, Arash Shirdel, Esq., no later than June 8, 2020.[1]

Pursuant to the terms of the Preliminary Approval Order: (i) the Summary Notice was filed in a Current Report on a Form 8-K with the SEC on April 20, 2020, (ii) the Summary Notice was published via a press release on April 20, 2020, and (iii) the Notice was posted together with the Stipulation (and with Exhibit A to the Stipulation) on DPW's corporate website on April 20, 2020.

After reviewing the docket, Plaintiffs hereby report to the Court that no objections have been filed or served on Plaintiffs' counsel to date.

Dated:  June 9, 2020

By: */s/ Alex B. Heller*
Alex B. Heller
**FARUQI & FARUQI, LLP**
1617 John F. Kennedy Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Email: aheller@faruqilaw.com

Benjamin Heikali, SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Email: bheikali@faruqilaw.com

*Counsel for Plaintiffs Ethan Young and Greg Young*

---

[1] All capitalized terms herein shall have the same meaning as set forth in the Stipulation of Settlement dated February 24, 2020 ("Stipulation").